UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60706-CIV-MIDDLEBROOKS/BRANNON

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.

UCB, INC., *et al.*,

    Defendants.

_____/

## ORDER GRANTING AMENDED MOTION FOR PRETRIAL CONFERENCE

THIS CAUSE comes before the Court upon the Plaintiffs' Amended Motion for Pretrial Conference (DE 162) ("Motion"), filed June 13, 2013. I have reviewed the Motion and am otherwise fully advised in the premises. Having considered the Motion, and noting that Defendants do not oppose modifying the date for the Pretrial Conference, it is hereby

**ORDERED AND ADJUDGED** that the Amended Motion for Pretrial Conference (DE 162) is **GRANTED**. The Pretrial Conference currently scheduled for July 24, 2013, at 1:15 p.m. is **RESCHEDULED** and shall take place on **Thursday, July 11, 2013, at 9:30 a.m.**,[1] in Courtroom 7 of the Paul G. Rogers Federal Courthouse, 701 Clematis Street, West Palm Beach, Florida 33401.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 17 day of June, 2013.

                                              DONALD M. MIDDLEBROOKS
                                              UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record

---

[1] The Court has set aside two hours to conduct the conference.