**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-60706-CIV-MIDDLEBROOKS-BRANNON**

APOTEX, INC. *et al.*,

    Plaintiffs,

v.

UCB, INC., *et al.*,

    Defendants.

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, and pursuant to Section 2B of the CM/ECF Administrative Procedures, Plaintiffs, Apotex, Inc., and Apotex Corp., through undersigned counsel, respectfully move for the admission *pro hac vice* of Craig M. Kuchii of the law firm Katten Muchin Rosenman, LLP, to appear and practice before this court *pro hac vice* as co-counsel on their behalf, and to permit Craig M. Kuchii to receive electronic filings in this case, and in support thereof states as follows:

1.    Craig M. Kuchii is not admitted to practice in the Southern District of Florida.

2.    Craig M. Kuchii is an attorney residing and practicing in Illinois with the firm Katten Muchin Rosenman, LLP, 525 W. Monroe Street, Chicago, Illinois 60661, telephone number (312) 902-5200, facsimile number (312) 902-1061. Craig M. Kuchii is a member in good standing of the Illinois Bar, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Federal Circuit.

3.     Plaintiffs' local counsel, Matthew S. Nelles of the law firm of Broad and Cassel, 100 S.E. 3rd Avenue, Suite 2700, Fort Lauderdale, Florida 33394, telephone number (954) 764-7060, facsimile number (954) 761-8135, is a member in good standing of the Florida Bar and of this Court, maintains offices in Florida, including in this judicial district, for the practice of law, and is authorized to file through the Court's electronic filing system.

4.     Mathew S. Nelles consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

5.     In accordance with the local rules of this Court, Craig M. Kuchii, or someone on his behalf, has submitted payment of this Court's $75.00 admission fee contemporaneously with the filing herewith.

6.     Craig M. Kuchii has completed a certification in accordance with Rule 4(b), which is attached hereto as Exhibit A.

7.     Craig M. Kuchii , by and through designed counsel and pursuant to Section 2B, CM/ECF Administrative Procedures, requests that the Court provide Notices of Electronic Filing to him at:  craig.kuchii@ kattenlaw.com

WHEREFORE, Plaintiffs, Apotex, Inc., and Apotex Corp., by and through undersigned counsel, respectfully request this Court enter an Order permitting Craig M. Kuchii to appear before this Court on their behalf for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notices of electronic filing to Craig M. Kuchii.

Respectfully submitted,

Matthew S. Nelles
Florida Bar No. 009245
**BROAD AND CASSEL**
One Financial Plaza, Suite 2700
100 SE Third Avenue
Fort Lauderdale, Florida 33394
Email: mnelles@broadandcassel.com
Telephone: (954) 764-7060
Facsimile: (954) 761-8135

Robert B. Breisblatt
robert.breisblatt@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
Martin S. Masar III (pro hac vice)
martin.masar@kattenlaw.com
525 W. Monroe Street
Chicago, Illinois 60607
Telephone: (312) 902-5200
Facsimile: (312)-902-1061

*Attorney for Plaintiffs*
*Apotex, Inc. and Apotex Corp.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 24th day of June 2013, the original of the foregoing was filed by hand with the Clerk of Court pursuant to CM/ECF Administrative Procedures, Section 5J. The foregoing document is also being served this day on all counsel on the attached Service List via email.

By: _____
Matthew S. Nelles
Florida Bar No.: 009245

- 3 -

## SERVICE LIST

**Case No.** 12-CV-60706-DMM (Consolidated)

Maria J. Beguiristain
White & Case LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4900
Miami, Florida  33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
mbeguiristain@whitecase.com

*Attorneys for Defendants*
*UCB, Inc and Kremers*
*Urban Pharmaceuticals, Inc.*

Dimitrios T. Drivas (pro hac vice)
Adam Gahtan (pro hac vice)
Amit H. Thakore (pro hac vice)
Laura Moran
Christopher J. Glancy
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
ddrivas@whitecase.com
agahtan@whitecase.com
athakore@whitecase.com
laura.moran@whitecase.com
cglancy@whitecase.com

*Attorneys for Defendants*
*UCB, Inc and Kremers*
*Urban Pharmaceuticals, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 12-60706-CIV-MIDDLEBROOKS-BRANNON

APOTEX, INC. *et al.*,

      Plaintiffs,

v.

UCB, INC., *et al.*,

      Defendants.

_____/

### <u>CERTIFICATION OF CRAIG M. KUCHII, ESQ.</u>

Craig M. Kuchii, Esq., pursuant to Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Illinois Bar, the United States District Courts for the Northern District of Illinois, and the United States Court of Appeals for the Federal Circuit.

Dated: June 19, 2013

Craig M. Kuchii
Illinois Bar No.: 6283309

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60706-CIV-MIDDLEBROOKS-BRANNON

APOTEX, INC. *et al.*,

     Plaintiffs,

v.

UCB, INC., *et al.*,

     Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE comes before the Court upon a Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (DE ___) ("Motion"), filed June 20, 2013. The Court has reviewed the record and is fully advised in the premises.

Pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, the Motion requests permission for the limited appearance of Craig M. Kuchii, of the law firm of Katten Muchin Rosenman, LLP, as co-counsel on behalf of Plaintiffs Apotex, Inc., and Apotex Corp., in this matter. The Motion has been properly filed with the required documentation, and the attorney appears to be in good standing.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (DE _____) is

GRANTED.  Craig M. Kuchii may appear and participate as co-counsel in this action on behalf

of Plaintiffs.  The Clerk shall provide electronic notification of all electronic filings to Craig M.

Kuchii at craig.kuchii@kattenlaw.com.

      **DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _____ day of

_____ 2013.

                                     _____

                                     DONALD M. MIDDLEBROOKS
                                     UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record