IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60706-CIV-MIDDLEBROOKS/BRANNON
(CONSOLIDATED)

APOTEX, INC. and APOTEX CORP.,

        Plaintiffs,

   v.

UCB, INC., and KREMERS URBAN
PHARMACEUTICALS INC.,

        Defendants.

**DEFENDANTS UCB, INC. AND KREMERS URBAN PHARMACEUTICALS, INC.'S
NOTICE OF WITHDRAWING MOTIONS TO SEAL**

Defendants, UCB, Inc. and Kremers Urban Pharmaceuticals Inc. ("UCB"), pursuant to paragraph 14 of the Court's July 12, 2013 order (D.E. 188), withdraw the motions to seal the following documents and request that they be filed in the public record:

1. UCB's Motion in Limine To Exclude Certain Testimony of Dr. Michael J. Cima and Related Documentary Evidence filed on June 4, 2013, and the following exhibits to that motion:

   a. Exhibit 1 – Cima Expert Report dated February 4, 2013

   b. Exhibit 2 – Chemir Executive Summary dated January 28, 2013

   c. Exhibit 3 – Deposition of Michael Rogers, excerpts

   d. Exhibit 4 – Deposition of Michael J. Cima, excerpts

   e. Exhibit 5 – Chemir Lab Notebook No. 954

   f. Exhibit 6 – Letter from Thakore to Masar dated February 11, 2013

   g. Exhibit 7 – Chyall Rebuttal Expert Report dated March 6, 2013

    h.  Exhibit 8 – Chemir Lab Notebook No. 953

    i.  Exhibit 10 – Email from Masar to Thakore dated February 14, 2013

    j.  Exhibit 11 – Page 41 of Chemir Lab Notebook No. 953

    k.  Exhibit 13 – Deposition of Bernard Sherman, excerpts

2. UCB's Reply Memorandum of Law in Support of Its Motion in Limine To Exclude Certain Testimony of Dr. Michael J. Cima and Related Documentary Evidence filed on July 1, 2013, and the following exhibit to that reply:[1]

    a.  Exhibit 14 – Chemir Lab Notebook Pages

3. The following exhibits to UCB's Opposition to Plaintiffs' Motion in Limine Regarding Apotex's 2001-2006 Studies filed on June 7, 2013:

    a.  Exhibit 1 – Deposition of Bernard Sherman, excerpts

    b.  Exhibit 2 – Plaintiffs' Second Supplemental Responses and Objections to UCB Defendants' First Set of Interrogatories (Nos. 1, 2, 4, and 5), dated January 31, 2013

    c.  Exhibit 3 – Deposition of Leonard Chyall, excerpts

4. The following exhibits to UCB's Opposition to Plaintiffs' Motion To Exclude Certain Testimony and Opinions of UCB's Experts filed on June 7, 2013:

    a.  Exhibit 2 – Deposition of Bernard Sherman, excerpts

    b.  Exhibit 3 – Deposition of Michael Cima, excerpts

    c.  Exhibit 4 – The 2001 Study

---

[1] In its Reply Memorandum of Law in Support of Its Motion in Limine To Exclude Certain Testimony of Dr. Michael J. Cima and Related Documentary Evidence, UCB cites to Exhibits A, B, G, and K to Apotex's opposition. Should Apotex not file the relevant portions of those exhibits in the public record, UCB will request permission to do so.

Dated: July 18, 2013	Respectfully submitted,

s/ Maria J. Beguiristain
Maria J. Beguiristain
Florida Bar No. 69851
mbeguiristain@whitecase.com
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
Tel: (305) 371-2700
Fax: (305) 358-5744

Dimitrios T. Drivas (*pro hac vice*)
ddrivas@whitecase.com
Adam Gahtan (*pro hac vice*)
agahtan@whitecase.com
Christopher J. Glancy (*pro hac vice*)
cglancy@whitecase.com
Amit H. Thakore (*pro hac vice*)
athakore@whitecase.com
Laura T. Moran (*pro hac vice*)
lmoran@whitecase.com
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113

*Counsel for UCB, Inc. and Kremers Urban Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 18th day of July, 2013, I filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: s/ Maria J. Beguiristain
Maria J. Beguiristain

**SERVICE LIST**

Matthew Scott Nelles
mnelles@broadandcassel.com
BROAD AND CASSEL
One Financial Plaza
Suite 2700
Fort Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile:  (954) 761-8135

*Counsel for Plaintiffs*

Brian J. Sodikoff
brian.sodikoff@kattenlaw.com
Dennis C. Lee
dennis.lee@kattenlaw.com
Eric C. Cohen
eric.cohen@kattenlaw.com
Martin S. Masar, III
martin.masar@kattenlaw.com
Robert Burton Breisblatt
Robert.Breisblatt@kattenlaw.com
Suresh B. Pillai
suresh.pillai@kattenlaw.com
KATTEN, MUCHIN, ROSWENMAN, LLP
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile:  (312) 902-1061

*Counsel for Plaintiffs*

Christopher B. Ferenc
christopher.ferenc@kattenlaw.com
KATTEN, MUCHIN, ROSWENMAN, LLP
North Tower
2900 K Street NW
Suite 200
Washington, DC 2007
Telephone: (202) 625-3500
Facsimile: (202) 298-7570

*Counsel for Plaintiffs*