UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-CV-60706-MIDDLEBROOKS/BRANNON

APOTEX INC., et al.

        Plaintiffs,

v.

UCB, INC., et al.,

        Defendants.

_____/

### PLAINTIFFS' NOTICE OF WITHDRAWING MOTIONS TO SEAL

Pursuant to paragraph 14 of the Court's order of July 12, 2013 (D.E. 188), Apotex Inc. and Apotex Corp. (collectively, "Apotex") withdraw their motions to seal (D.E. 150 and D.E. 174). Accordingly, Apotex today is publicly filing excerpted versions of its supporting exhibits to its motion *in limine* briefing that were previously filed under seal. Specifically, as detailed in the Notices of Filing that are being filed concurrently, Apotex is filing the following exhibits today [1]:

    1.    Exhibits A, B, D, and E to D.E. 145, Plaintiffs Motion *in Limine* Regarding Apotex's 2001–2006 Studies;

    2.    Exhibits B, C, D, E, G, J, and K to D.E. 148, Plaintiffs' Brief Regarding Claim Construction Issues;

    3.    Exhibits B, C, D, F, and H to D.E. 147, Plaintiffs' Motion to Exclude Certain Testimony and Opinions of UCB's Experts; and

    4.    Exhibit 1 to D.E. 170, Plaintiffs' Brief in Opposition to UCB's Motion *in Limine* to Exclude the Testimony of Apotex's Patent Law Expert Nicholas P. Godici (D.E. 151).

---

[1] The exhibits Apotex now files are, in several cases, excerpted versions of the full exhibits previously filed under seal.

Additionally, Apotex is publicly filing an unredacted version of Plaintiffs' Opposition to UCB's Motion *in Limine* (D.E. 153) to Exclude Certain Testimony of Dr. Michael J. Cima and Related Documentary Evidence, together with all of Apotex's supporting exhibits thereto. A redacted version was previously filed as D.E. 172, and an unredacted version was previously filed under seal as D.E. 175.

Dated: July 19, 2013                                  Respectfully submitted,

  /s/ Craig Kuchii
Matthew S. Nelles
Fla. Bar. No. 009245
mnelles@broadandcassel.com
Broad and Cassel
One Financial Plaza
100 S.E. Third Avenue, Suite 2700
Fort Lauderdale, Florida 33394
Telephone: (954) 764–7060
Facsimile: (954) 761–8135

KATTEN MUCHIN ROSENMAN LLP
Robert B. Breisblatt (Fla. Bar No. 145928)
robert.breisblatt@kattenlaw.com
Craig Kuchii (admitted *pro hac vice*)
craig.kuchii@kattenlaw.com
Martin S. Masar III (admitted *pro hac vice*)
martin.masar@kattenlaw.com
Elese E. Hanson (admitted *pro hac vice*)
elese.hanson@kattenlaw.com
525 W. Monroe Street
Chicago, Illinois 60607
Telephone: (312) 902-5200
Facsimile: (312)-902-1061

*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 19th day of July 2013, I electronically filed the foregoing **Plaintiffs' Notice of Withdrawing Motions to Seal**.  I also certify the foregoing document is being served this day on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

       /s/     Matthew S. Nelles
Matthew S. Nelles

## SERVICE LIST
Case No. 12-CV-60706-DMM (Consolidated)

Maria J. Beguiristain
White & Case LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4900
Miami, Florida  33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
mbeguiristain@whitecase.com

*Attorneys for Defendants*
*UCB, Inc and Kremers*
*Urban Pharmaceuticals, Inc.*

Dimitrios T. Drivas (pro hac vice)
Adam Gahtan (pro hac vice)
Amit H. Thakore (pro hac vice)
Laura Moran
Christopher J. Glancy
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
ddrivas@whitecase.com
agahtan@whitecase.com
athakore@whitecase.com
laura.moran@whitecase.com
cglancy@whitecase.com

*Attorneys for Defendants*
*UCB, Inc and Kremers*
*Urban Pharmaceuticals, Inc.*

4836-7022-1076.1
44696/0006