UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-CV-60706-MIDDLEBROOKS/BRANNON

APOTEX INC., et al.

        Plaintiffs,

v.

UCB, INC., et al.,

        Defendants.

_____/

**PLAINTIFFS' NOTICE OF FILING EXHIBITS IN SUPPORT OF D.E. 145**

Pursuant to paragraph 14 of the Court's order of July 12, 2013 (D.E. 188), and in accordance with Plaintiffs' Notice of Withdrawing Motions to Seal filed concurrently herewith, Plaintiffs Apotex Inc. and Apotex Corp. (collectively, "Apotex") hereby publicly file the following exhibits to Plaintiffs Motion *in Limine* Regarding Apotex's 2001–2006 Studies (D.E. 145), which contain the relevant cited portions of the exhibits to D.E. 145 that were previously filed under seal. Apotex would also like to note that in D.E. 145, there is a reference to Exhibit C, Chyall Opening Report ¶ 113. That was an error. The proper cite is to Exhibit A of D.E. 145, Leonard Chyall's Rebuttal Report ¶ 113. As such, Apotex will not be refiling the Chyall Opening Report as Exhibit C to D.E. 145.

Apotex hereby files the following exhibits in support of D.E. 145:

1.     Exhibit A – Excerpts from the Rebuttal Expert Report of Leonard J. Chyall, Ph.D., dated March 6, 2013;

2.     Exhibit B – Excerpts from the Opening Expert Report of Michael J. Cima, Ph.D., dated February 4, 2013;

3.	Exhibit D – Excerpts from the deposition transcript of Elisabeth Kovacs, dated January 22, 2013; and

4.	Exhibit E – Interim Report for Study of Moexipril Magnesium Salt, revised May 11, 2001, AI-MOEX0174988–91.

Dated: July 19, 2013                                  Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Craig Kuchii
　　　　　　　　　　　　　　　　　　　　　　　Matthew S. Nelles
　　　　　　　　　　　　　　　　　　　　　　　Fla. Bar. No. 009245
　　　　　　　　　　　　　　　　　　　　　　　mnelles@broadandcassel.com
　　　　　　　　　　　　　　　　　　　　　　　Broad and Cassel
　　　　　　　　　　　　　　　　　　　　　　　One Financial Plaza
　　　　　　　　　　　　　　　　　　　　　　　100 S.E. Third Avenue, Suite 2700
　　　　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, Florida  33394
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (954) 764–7060
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (954) 761–8135

　　　　　　　　　　　　　　　　　　　　　　　KATTEN MUCHIN ROSENMAN LLP
　　　　　　　　　　　　　　　　　　　　　　　Robert B. Breisblatt (Fla. Bar No. 145928)
　　　　　　　　　　　　　　　　　　　　　　　robert.breisblatt@kattenlaw.com
　　　　　　　　　　　　　　　　　　　　　　　Craig Kuchii (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　craig.kuchii@kattenlaw.com
　　　　　　　　　　　　　　　　　　　　　　　Martin S. Masar III (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　martin.masar@kattenlaw.com
　　　　　　　　　　　　　　　　　　　　　　　Elese E. Hanson (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　elese.hanson@kattenlaw.com
　　　　　　　　　　　　　　　　　　　　　　　525 W. Monroe Street
　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60607
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 902-5200
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (312)-902-1061

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 19th day of July 2013, I electronically filed the foregoing **Plaintiffs' Notice of Filing Exhibits in Support of D.E. 145**.  I also certify the foregoing document is being served this day on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/    Matthew S. Nelles
Matthew S. Nelles

## SERVICE LIST

**Case No.** 12-CV-60706-DMM (Consolidated)

| | |
|---|---|
| Maria J. Beguiristain | Dimitrios T. Drivas (pro hac vice) |
| White & Case LLP | Adam Gahtan (pro hac vice) |
| Southeast Financial Center | Amit H. Thakore (pro hac vice) |
| 200 S. Biscayne Boulevard, Suite 4900 | Laura Moran |
| Miami, Florida 33131 | Christopher J. Glancy |
| Telephone: (305) 371-2700 | White & Case LLP |
| Facsimile: (305) 358-5744 | 1155 Avenue of the Americas |
| mbeguiristain@whitecase.com | New York, New York 10036 |
| | Telephone: (212) 819-8200 |
| *Attorneys for Defendants* | Facsimile: (212) 354-8113 |
| *UCB, Inc and Kremers* | ddrivas@whitecase.com |
| *Urban Pharmaceuticals, Inc.* | agahtan@whitecase.com |
| | athakore@whitecase.com |
| | laura.moran@whitecase.com |
| | cglancy@whitecase.com |
| | |
| | *Attorneys for Defendants* |
| | *UCB, Inc and Kremers* |
| | *Urban Pharmaceuticals, Inc.* |

4849-0249-4484.1
44696/0006