# EXHIBIT A

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 12-60706-CIV-MIDDLEBROOKS/BRANNON (CONSOLIDATED)

|  |  |
|---|---|
| APOTEX, INC. and APOTEX CORP., <br><br> Plaintiffs, <br><br> v. <br><br> UCB, INC. and KREMERS URBAN PHARMACEUTICALS INC., <br><br> Defendants. | C.A. No. 12-60706 (DMM) |

### REBUTTAL EXPERT REPORT OF LEONARD J. CHYALL, PH.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

study to demonstrate that the magnesium species were not formed during the extraction process. Therefore, no conclusion can be drawn concerning the origin of the moexipril magnesium species. However, the peak at *m/z* 499 corresponding to protonated moexipril is indicative of the presence of moexipril hydrochloride in these tablets.

112.     In addition to the mass spectrometry studies conducted in 2011 and 2012, Apotex also analyzed the material extracted from the Univasc®, Uniretic® and Apotex moexipril drug products by NMR spectroscopy. The extraction process involved crushing several tablets and extracting the solids into acetonitrile by sonicating the solution for 25 minutes (UCB-MOEX0000004 and UCB-MOEX0000049). The extended sonication time used to extract the solids into acetonitrile provided conditions amenable for the reaction of moexipril hydrochloride with magnesium oxide and the other excipients present in the drug product to produce moexipril magnesium. It follows that if the NMR spectra of the extracted materials correspond to moexipril magnesium, it is possible that this species was formed during the extraction process as opposed to having been present in the drug product tablets.

113.     Not once in any of the Apotex testing extending back to 2001 did Apotex evaluate whether or not moexipril hydrochloride will react with magnesium oxide under the conditions used to extract the material from the Univasc® and Uniretic® products that were the subject of the NMR and ESI-MS tests. The lack of these control experiments renders all analyses conducted on the extracted material useless for addressing the question of whether or not less than or greater than 80% of the moexipril hydrochloride was converted to moexipril magnesium in the manufacture of Univasc® and Uniretic® tablets.

114.     Setting aside the serious flaw of not performing control experiments, the Apotex NMR analyses also are also flawed in other respects. For example, Apotex never prepared an authentic

48

I reserve the right to revise or supplement my opinions as additional information becomes available. Exhibits to be used in support of the opinions stated in this report include all of the tables, graphics and information contained herein as well as the materials cited in or accompanying this report. Additional demonstrative exhibits may be prepared for trial and used to support my opinions.

Respectfully submitted,

Dated: _March 6, 2013_                    _Leonard J. Chyall_
                                          Leonard J. Chyall, Ph.D.