# **EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60706–CIV–MIDDLEBROOKS/BRANNON
(as consolidated with Case No. 12-60707-CIV)

APOTEX, INC. et al.,
    Plaintiffs,

v.

UCB, INC., et al.,
    Defendants.

_____/

**OPENING EXPERT REPORT OF MICHAEL J. CIMA, PH.D**

HIGHLY CONFIDENTAIL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

I declare under penalty of perjury that the following is true and correct.

Executed on February 4, 2013

                                              Michael J. Cima, Ph.D.

SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

37. Claim 12 of the '556 patent, depends on, *inter alia*, Claims 1 and 8, and encompasses within its scope wet granulation methods wherein a higher percentage of the moexipril or moexipril salt starting material is converted to moexipril magnesium:

> The process of Claim 1, 2, 3, 4, 5, 6, 7 or 8 wherein the percentage of the moexipril or acid additional salt converted to moexipril magnesium is greater than 90%.

### C. The '556 Patent Prosecution History

38. In reviewing the '556 patent prosecution history (AI-MOEX0000325-670), I understand the subject matter is directed to processes of making a solid pharmaceutical composition comprising moexipril magnesium, said process comprising the step of reacting a moexipril or an acid addition salt thereof with an alkaline magnesium compound in the presence of a solvent so as to convert the moexipril or moexipril acid addition salt to moexipril magnesium. I discuss below parts of the prosecution documents that are particularly relevant to my opinions in this report.

39. On March 21, 2002, the patent examiner rejected Claims 1-18 of the application for two reasons. First, the examiner found Claims 1, 5, 7, 8, 12, 13, and 18 to be indefinite because they contained one or more of the following terms: "most", "other", "substantially", or "about." In addition, the Examiner rejected all of the claims based on her view that they were obvious in light of the '450 patent alone or in combination with U.S. Patent No. 4,344,949.

40. On September 18, 2002, the patent prosecutor, Neil Hughes, filed a response to the examiner's rejections, which amended the claims and argued for allowance. Mr. Hughes amended Claim 1 by replacing "most or all of" with "at least 70% of." AI-MOEX0000420-23. Other claims were amended to remove the terms "other", "substantially", and "about" while stating "substantially and about" are conventional terms used in claim drafting. *Id.*

41. As for the obviousness rejection, Mr. Hughes argued that the examiner was wrong because the '450 patent did not disclose, teach or suggest, a reaction between the drug and the magnesium stabilizer compound. Throughout the response, Mr. Hughes argued that the invention in the '556 patent was based on <u>the reaction to form moexipril magnesium</u> in an amount sufficient to increase the stability of the resulting tablets. This was Dr. Sherman's invention and Mr. Hughes indicated that the reaction as described and claimed in the '556 patent was not taught by the prior art.

11

SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

show a peak at m/z = 521, which corresponds to either moexipril-sodium adduct or moexipril magnesium-magnesium. UCB-MOEX0000026; UCB-MOEX0000052. However, from earlier Apotex testing (discussed below) as well as the presence of a single species in the NMR above, it is highly likely that this peak is from moexipril magnesium not moexipril. Finally, there is a peak at m/z = 499, which corresponds to the protonated moexipril compound. *Id.* Given Apotex's NMR data, this peak is likely due to fragmentation of the moexipril magnesium complex in the spectrometer, rather than presence of moexipril hydrochloride in the tablets. *See* 1/22/13 Kovacs Dep. Tr. at 289:17-290:24. Due to this fragmentation, this peak could be present even if there were no moexipril hydrochloride present in the tablet samples. *Id.*

189. Prior to 2012, Apotex did not conduct NMR testing on Univasc® or Uniretic®. 1/22/13 Kovacs Dep. Tr. at 289:9-11. Thus, Apotex was not aware of how much moexipril magnesium complex was present in the Univasc® tablets prior to this time. *Id.* at 294:22-295:3 ("Prior to 2012, did Apotex know how much moexipril magnesium complex was in the Univasc tablets? A. No.").

190. Prior to 2012, Apotex did conduct other MS experiments during development of its ANDA product. *See, e.g.*, AI-MOEX0196017-32 (April 30, 2001 Testing); AI-MOEX0174988-90 (May 11, 2001 Revision); AI-MOEX0196033-44 (January 20, 2005 Testing); AI-MOEX0012863-65 (January 31, 2005 Revision); AI-MOEX0196015-16 (2005 Lab Notebook); AI-MOEX0174996 (January 10, 2006 Testing); AI-MOEX0196014 (2006 Lab Notebook).

191. In April 2001, Apotex scientists Larry (LingJie) Meng and Bo Lei conducted MS experiments to "evaluate the existence of Moexipril salt in Moexipril Hydrochloride brand product." AI-MOEX0196017. In this testing, Apotex looked at the brand tablets as well as some moexipril hydrochloride and magnesium salt mixtures with various solvents. Moexipril HCl was used as a control. Ethanol (sample F) and acetonitrile (sample H) extracts from Univasc showed essentially identical mass spectra and were characterized by high intensity ions at m/z 521, 1031, and 1540, which are consistent with the moexipril magnesium complexes as described above.

192. Apotex realized that some of these peaks could be due to sodium adducts and not the magnesium salt. To determine and differentiate the magnesium complex and the sodium adducts, Apotex conducted tandem mass spectroscopy (ms/ms) using the ethanol extract from Univasc and a sample of moexipril HCl (D). The moexipril HCl showed peaks at m/z = 521,

SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1019, and 1540; however, the intensity was very low. Using tandem MS/MS, the 521 and 1019 peaks of Univasc ethanol extract (F) and Moexipril HCl (D) were markedly different. The main difference observed was that these peaks in Univasc® sample were relatively stable (i.e. did not fragment). On the other hand, the moexipril HCl (D) sample, which could only contain sodium adducts, the species generating these peaks fragment or monomerize under ms/ms conditions. Furthermore, moexipril magnesium complexes showed the characteristic isotopic pattern for magnesium. *Id.* at. 196018.

193. Apotex also did tests that show magnesium oxide and moexipril HCl do not react in ethanol, but do react in water to yield moexipril magnesium (I and J). In experiment I, moexipril was mixed with magnesium oxide in pure ethanol. The ion patter in the spectrum for this sample was identical to the moexipril HCl control (D) and tandem mass spectroscopy showed that the higher mass peaks were sodium adducts. However, when water was added to the mixture of magnesium oxide and moexipril in ethanol, the reaction to form moexipril magnesium occurred (Experiment J). The MS and MS/MS results from Sample J were "basically identical" to those from the Univasc samples (F or H), indicating moexipril magnesium formation.

194. Drs. Meng and Lei state that the stability in Univasc may be due to "magnesium either covalently bind[ing] to amino group or non-covalently bin[ing] to carboxylic group, by either way, amino/carboxylic groups are stabilized and much more difficult to form diketo degradation product through intermolecular cyclization." AI-MOEX0196019; 032. Based on the MS data, Drs. Meng and Lei conclude that the amino group bonding is their guess, "though it is not possible at this stage to tell with certainty." *Id.* Based on the set of data and literature that I have reviewed, I do not agree with this conclusion. Moexipril magnesium is a carboxylate of moexipril interacting with magnesium ion. *See, e.g.,* Carugo article, AI-MOEX196627-35; Cotton & Wilkinson, Chapter 8, Beryllium and the Group II Elements: Mg, Ca, Sr, Ba, Ra, in *Advanced Inorganic Chemistry* (1980), at 281-288 (AI-MOEX0196651-55). While there may be interactions with other parts of the moexipril molecule, the carboxylate of each moexipril molecule is bound at least in a monodentate fashion to the $Mg^{2+}$ ion. As discussed above, the exact arrangement around the Mg cation is not necessary for my infringement opinion as the NMR data demonstrate that UCB and Apotex's processes yield the same moexipril magnesium compound.

SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

195. In January 2005, Dr. Meng did further mass spectroscopy studies with Apotex tablets and granules as well as Univasc® tablets. AI-MOEX0196033-44. Again, the base peak for all of these samples was m/z = 1541, which evidences the presence of moexipril magnesium. *Id.* at 34. While Dr. Meng concludes that the data suggests that moexipril magnesium is the predominate species (*id.*), my experience with mass spectroscopy is that it is not quantitative and very sensitive to concentration effects and other variables. *Compare* AI-MOEX0012864 (1.0 mg/mL) and 865 (0.02 mg/mL). Thus, while I agree this data shows moexipril magnesium is present to some degree in Univasc® and Apotex's formulations, it does not provide enough information to say with any high degree of certainty that the tablets are above a certain percentage of moexipril magnesium.

196. In January 2006, Dr. Meng did comparative MS testing on Apotex's biobatch tablets (FD5018) and Univasc® (Lot No. 4353101). AI-MOEX0174996; AI-MOEX0196014. Again the base peak is m/z = 1541 for both tablets indicating that they contain moexipril magnesium. Dr. Meng concludes there is no significant difference between the two samples. *Id.*

197. Thus, all of Apotex's testing on different tablets of Univasc® over the course of the last decade has consistently shown that they contain moexipril magnesium. In 2011 and 2012, Apotex first determined how much moexipril magnesium was actually in the Univasc® (and other Kremers') products by doing NMR studies that showed that there was only one moexipril species in the samples.

B. **Summary of Results from Analyses on Moexipril Tablets**

198. Taken as whole, the data clearly demonstrates that Univasc®, Uniretic®, and Cobalt's moexipril products contain over 80% (and more likely over 90%) moexipril magnesium. The presence of signals in the TOF-SIMS experiments by Chemir, *inter alia*, demonstrate that the moexipril magnesium is not due to the reaction occurring during Chemir's or Apotex's extraction methods. This lack of reaction is further confirmed by magnesium oxide's low solubility in acetonitrile, Chemir's NMR testing of mixtures of moexipril HCl and magnesium oxide under various conditions, Chemir's solid state FT-IR work, and Apotex's MS testing of moexipril hydrochloride and magnesium oxide in ethanol.

199. All of the data qualitatively demonstrate that moexipril magnesium is present in all the tablet samples tested. Furthermore, Chemir's NMR testing shows that more than 84% of the sample is moexipril magnesium as more than a single set of peaks was demonstrated for 75%,