# **EXHIBIT D**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

- - - - - - - - - - - - - - - x

APOTEX, INC., et al.

Plaintiffs                    Case No.:  12-60706

v.

UBC, INC., et al.

Defendants

- - - - - - - - - - - - - - - x

\*\* HIGHLY CONFIDENTIAL \*\*
\*\* ATTORNEYS' EYES ONLY \*\*

- - - - - -

Videotaped oral deposition of ELISABETH KOVACS, called by the Defendants herein, pursuant to the Federal Rules of Civil Procedure, before a stenographic reporter, at Springhill Suites, 614 Applewood Crescent, Vaughan, Ontario, Canada, on Tuesday, January 22, 2013, at 9:30 a.m.

REPORTER: Karin A. Jenkner, CSR, RPR, CRR

**EcoScribe Solutions**
www.EcoScribeSolutions.com
888.651.0505



Case 0:12-cv-60706-DMM   Document 192-3   Entered on FLSD Docket 07/19/2013   Page 3 of 12

APOTEX v. UBC, INC., et al.                                                Job 10737
Elisabeth Kovacs Attorneys Eyes Only                                       Page 109

```
 1           A.   I cannot specifically comment on the
 2   fact that that knowledge was result of some work done
 3   around the stability of moexipril, or it was based on
 4   the other knowledge gathered during the work on the
 5   quinapril.
 6   BY MR. THAKORE:
 7           Q.   It says here that: (as read)
 8                "The objective of the report -- or this
 9                study was to elucidate the existence of
10                the moexipril salt in moexipril
11                hydrochloride brand product."
12           At the top.  Do you see that?
13           A.   Yes.
14           Q.   And then it says: (as read)
15                "Test samples Univasc L1007B"
16           A.   Yes.
17           Q.   And also has:  (as read)
18                "MO raw material X0036"
19           A.   Yes.
20           Q.   And then it also references "moexipril
21   magnesium salt samples"; is that correct?
22           A.   Yes.
23           Q.   Okay.  Do you know why Univasc was --
24   was tested in particular?
25                MR. MASAR:  Objection.  Vague.
```

Case 0:12-cv-60706-DMM   Document 192-3   Entered on FLSD Docket 07/19/2013   Page 4 of 12

APOTEX v. UBC, INC., et al.                                            Job 10737
Elisabeth Kovacs Attorneys Eyes Only                                   Page 110

1                  In this report?
2              MR. THAKORE:  Yeah.
3              A.   The objective of the product
4    development with respect to this product was the
5    development our generic version of the moexipril
6    tablets.  And as I indicated previously, the
7    development of a generic version is by understanding
8    the brand product, the reference listed drug.
9    BY MR. THAKORE:
10             Q.   So you -- so Apotex was trying to
11   elucidate the existence of the moexipril salt in the
12   Univasc product for purposes of its generic product
13   development?
14             A.   The understanding of the role of
15   magnesium was known, as I said, from the quinapril.
16   So this was more of a confirmation of that
17   understanding.
18             Q.   And why was it necessary to confirm
19   this understanding?
20             A.   Because these type of compounds mixed
21   with excipients that are unstable, and clearly the
22   reference listed drug displayed the stability that was
23   superior to the stability of... the components, just
24   mixed.
25             Q.   So you're trying to understand the --

Case 0:12-cv-60706-DMM   Document 192-3   Entered on FLSD Docket 07/19/2013   Page 5 of 12

APOTEX v. UBC, INC., et al.                                              Job 10737
Elisabeth Kovacs Attorneys Eyes Only                                    Page 111

1  Apotex was trying to understand the basis for the
2  stability of the Univasc product at this time?
3           A.   Yes.
4           Q.   And the test method that was used in
5  this study was mass spectrometry analysis; is that
6  correct?
7           A.   Yes.
8           Q.   And now I'm looking down under the
9  sample preparation, and it looks like there are four
10 different types of sample preparations, I guess, based
11 on this report; right?
12          A.   Yes.
13          Q.   Okay.  And the first one refers to
14 "moexipril tablet brand name," and there's two methods
15 that are described there, method A and method B.  Do
16 you see that?
17          A.   Yes.
18          Q.   So method -- is -- could you describe
19 what the -- what the difference is between the two
20 methods?
21          MR. MASAR:  Objection.  Document speaks for
22          itself.
23          A.   Method A describe it as:  (as read)
24              "Disintegrate one tablet in 1 ml of
25              water.  Add 1 ml of ethanol.  Vortex

Case 0:12-cv-60706-DMM   Document 192-3   Entered on FLSD Docket 07/19/2013   Page 6 of 12

APOTEX v. UBC, INC., et al.                                              Job 10737
Elisabeth Kovacs Attorneys Eyes Only                                     Page 289

1         A.    I'm referring to as an association
2    between mag -- moexipril and magnesium.
3         Q.    Occasionally today, I believe you
4    testified that moexipril magnesium is a magnesium salt
5    or magnesium complex or magnesium association.
6               Do you use those three terms
7    interchangeably?
8         A.    Yes.
9         Q.    Prior to 2012, did Apotex test -- test
10   Univasc or Uniretic using NMR?
11        A.    Not to the best of my knowledge, no.
12        Q.    Okay.  And prior to 2012, Apotex tested
13   Univasc by mass spectro --
14        A.    Correct.
15        Q.    -- spectroscopy; correct?
16        A.    Correct.
17        Q.    Okay.  If we can look at Exhibit K2,
18   which is the 2012 report on Univasc and other
19   moexipril-containing products, and if we can turn to
20   page 27, please?
21        A.    Yes.
22        Q.    This is the mass spec results from the
23   Univasc and Apotex tablets, amongst other tablets;
24   correct?
25        A.    Yes.

Case 0:12-cv-60706-DMM   Document 192-3   Entered on FLSD Docket 07/19/2013   Page 7 of 12

APOTEX v. UBC, INC., et al.                                           Job 10737
Elisabeth Kovacs Attorneys Eyes Only                                  Page 290

```
 1            Q.   Do you remember counsel asking you
 2   about the 499 ion peak in this, in this table?
 3            A.   Yes.
 4            Q.   Does the presence of the 499 ion peak
 5   in the mass spec necessarily mean that moexipril
 6   hydrochloride is necessarily present in the tablets?
 7            A.   No.
 8            Q.   Why not?
 9            A.   Because of the fragmentation in the
10   detector, as we discussed earlier.
11                So, elaborating on that, the highest
12   molecular weight has to be present, because
13   associations in the detector do not happen.  But
14   having the highest molecular weight, which is the
15   bulkiest association, can potentially fragment in the
16   detector, leading to the smaller -- smaller molecular
17   weights.
18            Q.   So could the 499 ion peak be present in
19   the mass spec data if the tablet only contained
20   moexipril magnesium?
21            A.   That's my understanding, that yes.
22            Q.   And -- and how is that possible?
23            A.   Because of the fragmentation in the
24   detector.
25            Q.   Looking at the mass spec ions for 1031
```

APOTEX v. UBC, INC., et al.
Elisabeth Kovacs Attorneys Eyes Only
Job 10737
Page 292

1    Q.  What impact, if any, does the presence
2  of the additional active pharmaceutical ingredient --
3  which is hydrochlorothiazide -- have on the mass spec
4  data in terms of the relative intensities?
5    A.  Well, potentially it can change the
6  environment.  So you are actually comparing two
7  different -- you are poten-- you are comparing the
8  same thing but in two different environments, which
9  ultimately can result in diverging results, apparently
10 diverging results.
11   Q.  Based on the NMR data in -- in Exhibits
12 K2 and K4 -- well, let's start with K2.
13        Based on the NMR data that was generated in
14 2012, how many moexipril complexes are present in
15 Apotex's tablets?
16   A.  As I said, there is no indication of
17 anything else present than the one, which is different
18 than what is in the moexipril hydrochloride.
19   Q.  And -- and based on that NMR data, how
20 many moexipril complexes are present in the Univasc
21 data?
22   A.  One.
23   Q.  And based on the NMR data, how many
24 moexipril complexes are present in the Cobalt data?
25   A.  One.

APOTEX v. UBC, INC., et al.
Elisabeth Kovacs Attorneys Eyes Only
Job 10737
Page 293

1  Q. And then now going to Exhibit K4, based
2  on the NMR data in -- in that exhibit, which was
3  generated in 2012, how many moexipril complexes are
4  present in -- in Uniretic?
5  A. One; the same.
6  Q. If moexipril hydrochloride was present
7  in significant amounts in any of these tablets, would
8  the NMR look the same or different as what is in K2
9  and K4?
10  A. I would expect that you would see both
11  signals.
12  Q. "Both signals" referring to?
13  A. Before and after the 6.8 BPM.
14  Q. So you would -- okay.
15  A. The one which is specific for the
16  moexipril hydrochloride and the one that is for the
17  complex.
18  Q. Is it -- is it fair to say that there
19  would be more than one compound? You would see peaks
20  for more than one compound?
21  A. Yes. That's what I meant.
22  Q. Okay. Based on all of the Apotex data
23  that you've reviewed to date, what moex -- what
24  moexipril species is present in Apotex's tablets?
25  MR. THAKORE: Objection. Form. Vague as to

APOTEX v. UBC, INC., et al.	Job 10737
Elisabeth Kovacs Attorneys Eyes Only	Page 294

1  "all of the data."
2        A.   Based on the body of information and
3  specifically the mass spec work and the NMR work, in
4  the Apotex tablet -- the Apotex tablet contains the
5  moexipril magnesium.
6  BY MR. MASAR:
7        Q.   And based on the data that you've
8  reviewed to date -- even today, and let's limit it to
9  the -- the data that you've reviewed today in the
10 deposition, what moexipril species is present in
11 Univasc?
12       A.   The same conclusion.  Based on the body
13 of the data and based on the two sets of the results,
14 the mass spec and NMR, it's moexipril magnesium.
15       Q.   And the same question for Uniretic?
16       A.   Same response.  Moexipril magnesium.
17       Q.   And then, finally, same question for
18 Cobalt's product?
19       A.   Same answer.  Moexipril magnesium.
20       Q.   Prior to 2012, did Apotex know that
21 Univasc contained -- sorry, strike that.
22            Prior to 2012, did Apotex believe that
23 Univasc contained moexipril magnesium?
24       A.   Yes.
25       Q.   Prior to 2012, did Apotex know how much

APOTEX v. UBC, INC., et al.
Elisabeth Kovacs Attorneys Eyes Only
Job 10737
Page 295

1   moexipril magnesium complex was in the Univasc
2   tablets?
3           A.   No.
4           MR. MASAR:   Okay.   I have no further
5           questions.
6   RE-EXAMINATION BY MR. THAKORE:
7   BY MR. THAKORE:
8           Q.   If I could ask one quick follow-up
9   regarding Exhibit 2, and I think the page we're
10  looking at... it's page 27, sorry.
11          A.   Sorry, which page?
12          Q.   27.
13          You mentioned that the ion with
14  mass-to-charge of 499 could have resulted from
15  fragmentation in the detector; is that correct?
16          A.   Yes.
17          Q.   Is there any indication in this report
18  of any such fragmentation taking place?
19          A.   The report cannot attest to either.
20  However, understanding the principles on which the
21  detector works, which is basically fragmentation, I do
22  believe that my statement is correct.
23          Q.   And did you actually conduct any
24  analysis of the -- the samples to make this
25  determination?

APOTEX v. UBC, INC., et al.  Job 10737
Elisabeth Kovacs Attorneys Eyes Only  Page 300

REPORTER'S CERTIFICATE

I, KARIN A. JENKNER, RPR, CRR, CSR (ONT.), Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time I placed the deponent under oath;

That the testimony of the deponent and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney or of any of the parties, nor financially interested in the action.

I declare that the foregoing is true and correct.

Dated this 28th day of January, 2013.

_____

Karin A. Jenkner, CSR (Ontario), RPR, CRR (Commissioner of Oaths expires July 19, 2013)