# **EXHIBIT E**



# Interim Report for Study of Moexipril Magnesium Salt

LingJie Meng/Bo Lei
Preformulation Lab/Pharmaceutical Research
April 30, 2001,
revised May 11, 2001

***Objective***: To elucidate the existence of Moexipril salt in Moexipril Hydrochloride brand product.

***Test samples:*** UNIVASC L1007B, MO Raw material X00336 ($MW_{MO}$=535.04, exact mass without HCl is 498.2, and prepared Moexipril Mg salt samples

***Test Method:***
Mass Spectrometry analysis
About 20-40 µl of sample solution was delivered to the ion source of electrospray triple quadruple mass spectrometer (API 300, PE Sciex) by using a Harward perfusion pump. Solvent syringe contains the solvent used to dissolve samples. Mass spectra were obtained by scanning the first quadruple, Q1, OR was 30 volts. Tandem mass spectra were obtained by selecting precursor ions in Q1, fragmented in Q2, and scaning Q3 for fragments. Ultra pure Argon was used as collision gas.

***Sample preparation:***
1. MO tablet, brand name
Method A: Disintegrate one tablet in 1 ml of $H_2O$, add 1 ml of ethanol, vortex for 1 min, sonicate for 2 minutes. The filtrate was 10 times diluted using 50% aqueous methanol to generate a sample called **MO-brand name**.
Method B: Five tablets were grinded. Two portions of powder for each equal to the weight of one tablet were thoroughly extracted using anhydrous ethanol or acetonitrile, respectively. The extracts were 10 times diluted to generate samples **F** (ethanol) and **H** (acetonitrile).

2. MO raw material, APO-X00336 added with MgO
Step 1: One mmol of MO raw material was dissolved in 4.5 ml of anhydrous ethanol under sonic. The resulting solution was transferred into a glass tube containing 1 mmol of MgO powder. After vortex and sonic, the sample in the tube was centrifuged. One hundred µl of supernatant was transferred into a new glass tube to which 900 µl of anhydrous ethanol was added. This step generated sample **I**.
Step 2: The above sample tube (before dilution) was vortex to suspend the precipitate. Two and half ml of water was gradually added under sonic until the precipitate dissolved. A fraction of 200 µl of resulting solution was diluted with 800 µl of ethanol to generate sample **J**.

3. MO raw material, APO-X00336 added with $Mg(OH)_2$
Each of the mixture of one mmol of MO raw material and one mmol $Mg(OH)_2$ was dissolved in 6 ml of $H_2O$, followed by adding 14 ml of either ethanol, or acetonitrile, or

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

AI-MOEX0174988

acetone. Each solution was diluted 10 times using corresponding mixture of solvent (organic:$H_2O$ 7:3) to generate samples **A**(EtOH:$H_2O$), **B**(CAN:$H_2O$), and **C**(Acetone:$H_2O$).

4. <u>MO raw material, APO-X00336 without Mg, as control</u>
One mmol of MO raw material was dissolved in 20 ml of ethanol:$H_2O$ (7:3). A portion of 100 μl of the solution was diluted with 900 μl of ethanol:$H_2O$ (7:3) to generate sample **D** (no Mg, control).

*Results and Discussion*
For simplicity, the MO in the following text signifies Moexipril, exact mass= 498.2.

The mass spectra obtained from sample **F** (pure ethanol extract from tablet, brand name) or *H* (acetonitrile extract) show essentially identical mass pattern (Fig 1 and 2). The suggested composition of ions (peaks) in Fig 1 and 2 is shown in table 1. The spectra are characterized by the high intensity of ions at m/z 521, 1031, and 1540, which are consistent with composition of MO-magnesium (Mg) complex of $[(MO-Mg-MO)+Mg]^{+2}$ or $[MO-Mg]^{+1}$, $[(MO-Mg-MO)_2+Mg]^{+2}$, and $[(MO-Mg-MO)_3+Mg]^{+2}/[(MO-Mg-MO)+MO-Mg]^{+1}$. However, the interpretation of composition of these ions is complicated by the presence of the sodium adducts of MO, which also have identical m/z value. Differentiation was achieved by comparison of the tandem mass spectra (ms/ms) of samples in the presence (**F**) or absence of magnesium (**D**, raw material, absence of magnesium).

Although the mass spectra of the sample **D** also show ions at m/z 521, 1019, and 1540 (Fig 3) the intensity of these ions is generally very low. The base peak is at 499, which is protonated MO in all samples. The tandem mass spectra of m/z 521 and 1019 from sample **F** and **D** are markedly different (Fig 4-7). The fragmentation pathway of ions at m/z 521 and 1019 as MO-Mg complex or MO+Na (sodium adduct) is suggested in scheme 1-3 and in Fig 7. Generally speaking, precursor peak (521 or 1019) of MO-Mg complex is relatively stable (see Fig 4 and 6). On the contrary, the sodium adduct of physical dimer or trimer is so labile that it is just going either simple fragmentation (521, Fig 5) or fall apart becoming monomer (1019 in Fig. 7 and 1095 in Fig. 8) under the ms/ms condition. Therefore, the ions at 521, 1019, and 1540 in the spectrum from sample **D** are interpreted as $[MO+Na]^{+1}$, $[2MO+Na]^{+1}$, and $[3MO+2Na-H]^{+1}$. These ions logically co-exist with other clusters of sodium adducts as marked in Fig 3.

Magnesium has characteristic isotopic pattern. The incorporation of magnesium in the molecule of MO-Mg complex is further confirmed by the examination of isotopic pattern of the ions of interest. General speaking, the isotopic ratio of ions of interest from measurement of peaks in the spectra is well agreement with the theoretical calculation (Table 2). However, isotopic trial, though straightforward, is unable to discriminate the MO-Mg complex and simple magnesium adducts of physical MO multi-mer. Furthermore, the method is subjected to the measurement error of machine, as shown in Table 2.

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                            AI-MOEX0174989

Based on above observation, we suggest that MO in the tablet of brand name is mainly present in the form of magnesium complex. To further provide evidences of supporting this suggestion the experiments of generating samples **I** and **J** were performed. We assumed that because magnesium oxide is not soluble in ethanol MO-Mg complex shouldn't be found in ethanol extract when ethanol solution of MO was mixed with magnesium oxide solid. This was the case when sample **I** was analyzed using mass spectrometer. The ion pattern in the spectrum from sample **I** is identical to that from sample **D** (Control, no Mg). The tandem mass spectra show that the ions aforementioned are sodium adducts. When water was added the precipitate of magnesium oxide was dissolved (sample **J**). The mass spectra and tandem mass spectra of sample **J** are basically identical to those from sample **F** or **H**, indicating extensive formation of MO-Mg complex.

The stability of MO-Mg complex in the solution was assumed to be pH dependent. When the tablet of brand name was first dissipated in water and was then extracted with ethanol (sample **MO-brand name**) the ions of MO-Mg complex was not detected. This indicates that MO-Mg complex is quickly decomposed probably by forming insoluble $Mg(OH)_2$ under the high pH (pH 9) of the tablet of brand name. The samples A and F were re-examined after over seven days storage in refrigerator and no significant change in both intensity and profile of ions aforementioned were observed.

Solubility of MO-Mg complex was examined by comparing the absolute and relative intensity of aforementioned ions in the mass spectra of extract of mixture of one mmol of MO raw materials and $Mg(OH)_2$ by using aqueous ethanol, acetonitrile and acetone. Judging from ion intensity of MO-Mg complex we could say that the solubility of MO-Mg complex in three solvent system is similar.

*Conclusion*:
1. Based on mass spectra data, we suggest that Moexipril exist as MO-magnesium complex such as $[(MO-Mg-MO)+Mg]^{+2}$ or $[MO-Mg]^{+1}$ (521), $[(MO-Mg-MO)+H]^{+1}$(1019), $[(MO-Mg-MO)_2+Mg]^{+2}$(1031), $[(MO-Mg-MO)_3+Mg]^{+2}/[(MO-Mg-MO)+MO-Mg]^{+1}$(1540), et al} in the tablet of brand name. The MO-magnesium complex is well dissolved in aqueous ethanol, acetonitrile and acetone. The stability of the MO-magnesium complex/salts depends on the pH of solution. In strong basic aqueous solution, the MO-Magnesium complex decomposes rapidly.
2. The mechanism for the stability of tablet of brand name may be suggested as following: in the MO-magnesium complex, magnesium either covalently binds to secondary nitrogen or non-covalently binds to carboxylic group. By either way, secondary nitrogen/carboxylic group are stabilized. The effect of the stabilization is to enable the formation of degradation product through intra-cyclization forming diketo structure becoming much less likely. It is not possible at this stage to tell with certainty that to which element/group magnesium is connected. Further NMR data is needed to clarify the ambiguity. However, based on mass data, the covalent connection of magnesium to secondary nitrogen is favored, as depicted in the schemes.

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                           AI-MOEX0174990

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

AI-MOEX0174991