**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 12-CV-60706-MIDDLEBROOKS/BRANNON**

APOTEX INC., et al.

       Plaintiffs,

v.

UCB, INC., et al.,

       Defendants.

_____/

### PLAINTIFFS' NOTICE OF FILING EXHIBITS IN SUPPORT OF D.E. 148

Pursuant to paragraph 14 of the Court's order of July 12, 2013 (D.E. 188), and in accordance with Plaintiffs' Notice of Withdrawing Motions to Seal filed concurrently herewith, Plaintiffs Apotex Inc. and Apotex Corp. (collectively, "Apotex") hereby publicly file the following exhibits to Plaintiffs' Brief Regarding Claim Construction Issues (D.E. 148), which contain the relevant cited portions of the exhibits to D.E. 148 that were previously filed under seal. Specifically, Apotex files the following exhibits in support of D.E. 148:

1. Exhibit B – Defendants' UCB, Inc. and Kremers Urban Pharmaceuticals Inc. Second Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories to Defendants (Nos. 12-15), filed February 9, 2013;

2. Exhibit C – Excerpts from the Opening Expert Report of Leonard Chyall, Ph.D., dated February 4, 2013;

3. Exhibit D – Excerpts from the Opening Expert Report of Michael J. Cima, Ph.D., dated February 4, 2013;

4. Exhibit E – Excerpts from the Rebuttal Expert Report of R. Christian Moreton, Ph.D., dated March 6, 2013;

5.      Exhibit G – Excerpts from the deposition transcript of Bernard Sherman, dated January 29, 2013;

6.      Exhibit J – Excerpts from the Rebuttal Expert Report of Michael J. Cima, Ph.D., dated March 6, 2013;

7.      Exhibit K – Excerpts from the Rebuttal Expert Report of Leonard J. Chyall, Ph.D.

Dated: July 19, 2013                    Respectfully submitted,

                                        /s/ Craig Kuchii
Matthew S. Nelles
Fla. Bar. No. 009245
mnelles@broadandcassel.com
Broad and Cassel
One Financial Plaza
100 S.E. Third Avenue, Suite 2700
Fort Lauderdale, Florida  33394
Telephone: (954) 764–7060
Facsimile:  (954) 761–8135

KATTEN MUCHIN ROSENMAN LLP
Robert B. Breisblatt (Fla. Bar No. 145928)
robert.breisblatt@kattenlaw.com
Craig Kuchii (admitted *pro hac vice*)
craig.kuchii@kattenlaw.com
Martin S. Masar III (admitted *pro hac vice*)
martin.masar@kattenlaw.com
Elese E. Hanson (admitted *pro hac vice*)
elese.hanson@kattenlaw.com
525 W. Monroe Street
Chicago, Illinois  60607
Telephone: (312) 902-5200
Facsimile:  (312)-902-1061

*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 19th day of July 2013, I electronically filed the foregoing **Plaintiffs' Notice of Filing Exhibits in Support of D.E. 148**.  I also certify the foregoing document is being served this day on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/    Matthew S. Nelles
Matthew S. Nelles

## SERVICE LIST

**Case No.** 12-CV-60706-DMM (Consolidated)

Maria J. Beguiristain
White & Case LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4900
Miami, Florida  33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
mbeguiristain@whitecase.com

*Attorneys for Defendants*
*UCB, Inc and Kremers*
*Urban Pharmaceuticals, Inc.*

Dimitrios T. Drivas (pro hac vice)
Adam Gahtan (pro hac vice)
Amit H. Thakore (pro hac vice)
Laura Moran
Christopher J. Glancy
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
ddrivas@whitecase.com
agahtan@whitecase.com
athakore@whitecase.com
laura.moran@whitecase.com
cglancy@whitecase.com

*Attorneys for Defendants*
*UCB, Inc and Kremers*
*Urban Pharmaceuticals, Inc.*

4817-8684-7508.1
44696/0006