# **EXHIBIT K**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60706-CIV-MIDDLEBROOKS/BRANNON (CONSOLIDATED)

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP., <br><br> Plaintiffs, <br><br> v. <br><br> UCB, INC. and KREMERS URBAN PHARMACEUTICALS INC., <br><br> Defendants. | C.A. No. 12-60706 (DMM) |

**REBUTTAL EXPERT REPORT OF LEONARD J. CHYALL, PH.D.**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

a result of the process, greater than 80% of the moexipril or its salt is converted to moexipril magnesium during the process of making the solid pharmaceutical composition.

44.     The process parameters necessary for achieving greater than 80% conversion are not clear to me from reading the claims or the specification of the '556 patent, except that the greater than 80% conversion must occur and be completed during the course of making the solid pharmaceutical composition.

45.     I understand that during the course of discovery, Apotex was provided with detailed documentation of UCB's current and past processes of manufacturing solid pharmaceutical dosage forms of Univasc® and Uniretic®.

46.     I understand that the UCB processes use moexipril hydrochloride and magnesium oxide as starting ingredients, among others, in a wet granulation process to make Univasc® and Uniretic®.

47.     In my review of Dr. Cima's report, and the Chemir and Apotex testing, it is evident that Apotex never carried out the UCB process to determine whether conducting the UCB process beginning with moexipril hydrochloride and magnesium oxide would result in the conversion of greater than 80% of the moexipril hydrochloride to moexipril magnesium in the manufacture of Univasc® and Uniretic® tablets. In my view, to prove infringement of the '556 patent, such an evaluation would be required.

48.     Univasc® and Uniretic® tablets are known to contain approximately 5-7% residual water content (see below). As Dr. Sherman testified at his deposition, the presence of even a small amount of water will facilitate a reaction and conversion of moexipril hydrochloride to moexipril magnesium in a solid dosage form over time. Dr. Cima does not address this possibility at all in his report. For example, according to Dr. Sherman's testimony, a conversion of moexipril