UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-CV-60706-MIDDLEBROOKS/BRANNON

APOTEX INC., et al.

       Plaintiffs,

v.

UCB, INC., et al.,

       Defendants.

_____/

## PLAINTIFFS' NOTICE OF FILING EXHIBITS IN SUPPORT OF D.E. 147

Pursuant to paragraph 14 of the Court's order of July 12, 2013 (D.E. 188), and in accordance with Plaintiffs' Notice of Withdrawing Motions to Seal filed concurrently herewith, Plaintiffs Apotex Inc. and Apotex Corp. (collectively, "Apotex") hereby publicly file the following exhibits to Plaintiffs' Motion to Exclude Certain Testimony and Opinions of UCB's Experts (D.E. 147), which contain the relevant cited portions of the exhibits to D.E. 147 that were previously filed under seal. Additionally in support of D.E. 147, Apotex is filing an unredacted version of Exhibit H, which contains excerpts from the Expert Report of Cleve Tyler and was previously filed as a redacted document. Specifically, Apotex now files the following exhibits in support of D.E. 147:

    1.    Exhibit B – Excerpts from the Opening Expert Report of Leonard Chyall, Ph.D., dated February 4, 2013;

    2.    Exhibit C – Excerpts from the Rebuttal Expert Report of Michael J. Cima, Ph.D., dated March 6, 2013;

    3.    Exhibit D – Excerpts from the Rebuttal Expert Report of R. Christian Moreton, Ph.D., dated March 6, 2013;

4. Exhibit F – Excerpts from the Rebuttal Expert Report of Leonard J. Chyall, Ph.D., dated March 6, 2013;

5. Exhibit H – Unredacted excerpts from the Expert Report of Cleve B. Tyler, Ph.D., dated March 6, 2013.

Dated: July 19, 2013

Respectfully submitted,

 /s/ Craig Kuchii
Matthew S. Nelles
Fla. Bar. No. 009245
mnelles@broadandcassel.com
Broad and Cassel
One Financial Plaza
100 S.E. Third Avenue, Suite 2700
Fort Lauderdale, Florida  33394
Telephone: (954) 764–7060
Facsimile:  (954) 761–8135

KATTEN MUCHIN ROSENMAN LLP
Robert B. Breisblatt (Fla. Bar No. 145928)
robert.breisblatt@kattenlaw.com
Craig Kuchii (admitted *pro hac vice*)
craig.kuchii@kattenlaw.com
Martin S. Masar III (admitted *pro hac vice*)
martin.masar@kattenlaw.com
Elese E. Hanson (admitted *pro hac vice*)
elese.hanson@kattenlaw.com
525 W. Monroe Street
Chicago, Illinois  60607
Telephone: (312) 902-5200
Facsimile:  (312)-902-1061

*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that, on this 19th day of July 2013, I electronically filed the foregoing **Plaintiffs' Notice of Filing Exhibits in Support of D.E. 147**. I also certify the foregoing document is being served this day on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

             /s/    Matthew S. Nelles
               Matthew S. Nelles

## SERVICE LIST

**Case No.** 12-CV-60706-DMM (Consolidated)

| | |
|---|---|
| Maria J. Beguiristain | Dimitrios T. Drivas (pro hac vice) |
| White & Case LLP | Adam Gahtan (pro hac vice) |
| Southeast Financial Center | Amit H. Thakore (pro hac vice) |
| 200 S. Biscayne Boulevard, Suite 4900 | Laura Moran |
| Miami, Florida  33131 | Christopher J. Glancy |
| Telephone: (305) 371-2700 | White & Case LLP |
| Facsimile:  (305) 358-5744 | 1155 Avenue of the Americas |
| mbeguiristain@whitecase.com | New York, New York  10036 |
| | Telephone: (212) 819-8200 |
| *Attorneys for Defendants* | Facsimile:  (212) 354-8113 |
| *UCB, Inc and Kremers* | ddrivas@whitecase.com |
| *Urban Pharmaceuticals, Inc.* | agahtan@whitecase.com |
| | athakore@whitecase.com |
| | laura.moran@whitecase.com |
| | cglancy@whitecase.com |
| | |
| | *Attorneys for Defendants* |
| | *UCB, Inc and Kremers* |
| | *Urban Pharmaceuticals, Inc.* |

4844-0986-0628.1
44696/0006