UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-CV-60706-MIDDLEBROOKS/BRANNON

APOTEX INC., et al.

       Plaintiffs,

v.

UCB, INC., et al.,

       Defendants.
_____/

## PLAINTIFFS' NOTICE OF FILING EXHIBIT IN SUPPORT OF D.E. 170

Pursuant to paragraph 14 of the Court's order of July 12, 2013 (D.E. 188), and in accordance with Plaintiffs' Notice of Withdrawing Motions to Seal filed concurrently herewith, Plaintiffs Apotex Inc. and Apotex Corp. (collectively, "Apotex") hereby publicly file the exhibit to Plaintiffs' Brief in Opposition to UCB's Motion *in Limine* to Exclude the Testimony of Apotex's Patent Law Expert Nicholas P. Godici (D.E. 151) (Apotex's Motion is D.E. 170), which was previously filed under seal. The exhibit that Apotex now files is the Expert Report of Nicholas P. Godici, dated March 6, 2013.

Dated: July 19, 2013                    Respectfully submitted,

                                            /s/ Craig Kuchii
                                           Matthew S. Nelles
                                           Fla. Bar. No. 009245
                                           mnelles@broadandcassel.com
                                           Broad and Cassel
                                           One Financial Plaza
                                           100 S.E. Third Avenue, Suite 2700
                                           Fort Lauderdale, Florida  33394
                                           Telephone: (954) 764–7060
                                           Facsimile:  (954) 761–8135

KATTEN MUCHIN ROSENMAN LLP
Robert B. Breisblatt (Fla. Bar No. 145928)
robert.breisblatt@kattenlaw.com
Craig Kuchii (admitted *pro hac vice*)
craig.kuchii@kattenlaw.com
Martin S. Masar III (admitted *pro hac vice*)
martin.masar@kattenlaw.com
Elese E. Hanson (admitted *pro hac vice*)
elese.hanson@kattenlaw.com
525 W. Monroe Street
Chicago, Illinois  60607
Telephone: (312) 902-5200
Facsimile:  (312)-902-1061

*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 19th day of July 2013, I electronically filed the foregoing **Plaintiffs' Notice of Filing Exhibit in Support of D.E. 170**. I also certify the foregoing document is being served this day on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/   Matthew S. Nelles
Matthew S. Nelles

## SERVICE LIST

**Case No.** 12-CV-60706-DMM (Consolidated)

| | |
|---|---|
| Maria J. Beguiristain | Dimitrios T. Drivas (pro hac vice) |
| White & Case LLP | Adam Gahtan (pro hac vice) |
| Southeast Financial Center | Amit H. Thakore (pro hac vice) |
| 200 S. Biscayne Boulevard, Suite 4900 | Laura Moran |
| Miami, Florida  33131 | Christopher J. Glancy |
| Telephone: (305) 371-2700 | White & Case LLP |
| Facsimile:  (305) 358-5744 | 1155 Avenue of the Americas |
| mbeguiristain@whitecase.com | New York, New York  10036 |
| | Telephone: (212) 819-8200 |
| *Attorneys for Defendants* | Facsimile:  (212) 354-8113 |
| *UCB, Inc and Kremers* | ddrivas@whitecase.com |
| *Urban Pharmaceuticals, Inc.* | agahtan@whitecase.com |
| | athakore@whitecase.com |
| | laura.moran@whitecase.com |
| | cglancy@whitecase.com |
| | |
| | *Attorneys for Defendants* |
| | *UCB, Inc and Kremers* |
| | *Urban Pharmaceuticals, Inc.* |

4813-6898-9972.1
44696/0006