Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60706-CIV-MIDDLEBROOKS/BRANNON
(CONSOLIDATED)

APOTEX, INC. and APOTEX CORP.,

        Plaintiffs,

v.

UCB, INC., SCHWARZ PHARMA, INC., and
KREMERS URBAN PHARMACEUTICALS INC.,

        Defendants.

### UCB, INC. AND KREMERS URBAN PHARMACEUTICALS INC.'S NOTICE PURSUANT TO 35 U.S.C. § 282

Pursuant to 35 U.S.C. § 282, Defendants UCB, Inc. and Kremers Urban Pharmaceuticals Inc. (collectively, "UCB") hereby identify certain persons, publications, patents, and other prior art to be relied upon as showing, inter alia, either anticipation, obviousness or the state of the art relating to the patent-in-suit.

Defendants affirmatively state that they have provided notice to Plaintiffs of the identity of certain persons, publications, patents, and other prior art within the ambit of 35 U.S.C. § 282, through the pleadings, correspondence, and other documents in this case, including, but not limited to, expert witness reports, the materials cited therein, and Defendants' responses to interrogatories. Defendants expressly incorporate herein by reference all of those documents, and the publications, patents, and identification of persons within the ambit of 35 U.S.C. § 282 previously cited therein. The inclusion of references below should not be construed as a representation that Defendants will use every one of the references in their presentation of evidence at trial.

Defendants reserve the right to amend and/or supplement this notice, at least thirty days before trial, if commencement of the trial in this matter is changed from its currently scheduled trial period beginning April 22, 2013. Moreover, Defendants note that depositions are still ongoing in the case. Accordingly, Defendants reserve all rights to supplement and/or modify the below list to include exhibits from depositions that have not yet happened.

**I.      SECTION 282 PERSONS**

The following persons may be relied upon as the prior inventor, as having prior knowledge of, as having previously used or offered for sale the invention of the patent-in-suit, or as having knowledge of the prior inventorship, knowledge, use, or offer for sale:

1. Schwarz Pharma, Inc.
   Seymour, Indiana

2. Schwarz Pharma Manufacturing, Inc.
   Seymour, Indiana

3. Schwarz Pharma AG
   Monheim, Germany

4. Kremers Urban Pharmaceuticals Inc.
   Seymour, Indiana

5. Jeffery W. Siefert
   Kremers Urban Pharmaceuticals Inc.
   1101 "C" Avenue West
   Seymour, Indiana 47274

## II.  SECTION 282 PATENTS, PUBLICATIONS, AND OTHER PRIOR ART

The following items may be relied upon as showing, inter alia, either anticipation, obviousness or the state of the art relating to the patent-in-suit.  UCB refers to all pages of any printed publication unless otherwise noted.

1. Harris et al., U.S. Patent No. 4,743,450, entitled "Stabilized Compositions," issued on May 10, 1988. **[AI-MOEX0006829-32]**
2. Cinco, U.S. Patent No. 4,060,535, entitled "Process for the Production of Metal Salts of Organic Acids," issued on November 29, 1977. **[AI-MOEX0203621-25]**
3. Hoefle et al., U.S. Patent No. 4,344,949, entitled "Substituted Acyl Derivatives of 1,2,3,4-Tetrahydroisoquinoline-3-Carboxylic Acids," issued on August 17, 1982. **[AI-MOEX0006801-09]**
4. Sherman, U.S. Patent No. 5,690,962, entitled "Stable Solid Formulation of Enalapril Salt and Process for Preparation Thereof," issued on November 25, 1997. **[AI-MOEX0203631-34]**
5. Sherman, U.S. Patent No. 5,573,780, entitled "Stable Solid Formulation of Enalapril Salt and Process for Preparation Thereof," issued on November 12, 1996. **[AI-MOEX0006820-24]**
6. Harris et al., U.S. Patent No. 4,374,829, entitled "Aminoacid Derivatives as Antihypertensives," issued on February 22, 1983.  **[AI-MOEX0006766-800]**
7. Sherman, U.S. Patent. No. 5,562,921, entitled "Stable Solid Pharmaceutical Compositions Containing Enalapril Maleate," issued on October 8, 1996. **[AI-MOEX0008944-47]**
8. Merslavic et al., U.S. Patent No. 5,350,582, entitled "Stable Formulation of Enalapril Salt, A Process for the Preparation Thereof and the Use Thereof," issued on September 27, 1994. [**AI-MOEX0006814-19**]
9. Murthy et al., U.S. Patent No. 4,830,853, entitled "Drug Compositions Stabilized Against Oxidation," issued on May 16, 1989. **[AI-MOEX0006825-28]**

10. Daniel, et al., International Publication No. WO99/62560, entitled "Stabilization of Compositions Containing ACE Inhibitors Using Magnesium Oxide," published on December 9, 1999. **[AI-MOEX0203501-27]**

11. Gu et al., "Drug Excipient Incompatibility Studies of the Dipeptide Angiotension Converting Enzyme Inhibitor, Moexipril Hydrochloride: Dry Powder vs. Wet Granulation," *Pharmaceutical Research*, 397-83, Vol. 7, No. 4 (1990). **[AI-MOEX0000464-68]**

12. Univasc® Product Monograph **[AI-MOEX0000449-59]**

13. Results from FDA Orange Book for Exclusivity Data with respect to Univasc® **[AI-MOEX0000446-48]**

14. Univasc® manufacturing process

15. Univasc® 7.5 mg and 15 mg tablets

16. Uniretic® manufacturing process

17. Uniretic® 7.5mg/12.5mg and 15mg/25mg tablets

18. *Physicians' Desk Reference*, 2701-07 (52nd ed. 1998). **[UCB0038568-75]**

19. *Approved Drug Products with Therapeutic Equivalence Evaluations*, AD35, AD44 (18th ed. 1998). **[UCB0038556-59]**

20. Eugene L. Parrott, Ph.D., *Pharmaceutical Technology Fundamental Pharmaceutics*, 74-79 (1970). **[UCB0038560-67]**

21. 1 *Pharmaceutical Dosage Forms, Tablets*, 109-185 (Herbert A. Lieberman & Leon Lachman, eds. 1980). **[AI-MOEX0000565-642]**

22. Hawley's Condensed Chemical Dictionary 1042 (13th ed. 1997). **[AI-MOEX0000562-64]**

23. 7 *Encyclopedia of Pharmaceutical Technology*, 121-161 (James Swarbrick and James C. Boylan eds. 1993). **[UCB0038576-97]**

24. Robert Thornton Morrison & Robert Neilson Boyd, *Organic Chemistry*, 775-780 (4th ed. 1987). **[UCB0038548-55]**

25. Rajendra K. Khankari & John Hontz, *Binders and Solvents, in* Handbook of Pharmaceutical Granulation Technology, 59-63 (Dilip M. Parikh, ed. 1997). **[UCB0038539-43]**

26. *Handbook of Pharmaceutical Excipients*, 199-201 (Ainley Wade & Paul J. Weller, eds., 2nd ed. 1994). **[UCB0038598-602]**

27. Charles Gasparovic et al., A Study of Imidazole-Based Nuclear Magnetic Resonance Probes of Cellular pH, 261 *Analytical Biochemistry* 64-72 (1998). **[UCB0038610-18]**

28. Miessler, et al., Acid-Base and Donor-Acceptor Chemistry, Chapter 6; *Inorganic Chemistry* (2nd ed. 1998). **[AI-MOEX0196656-700]**

29. Miessler, et al., Coordination Chemistry I: Structures and Isomers, Chapter 9; *Inorganic Chemistry* (2nd ed. 1998). **[AI-MOEX0196701-11]**

30. Pearson, R.G., JACS 85 (22), 3533-39 (1963). **[AI-MOEX0196993-99]**

31. Summers, M.P., Granulation, Chapter 37; *Pharmaceutics: the Science of Dosage Form Design* (M. Aulton ed. 1988). **[AI-MOEX0196613-26]**

32. Rubinstein, M.H., Tablets, Chapter 18; *Pharmaceutics: the Science of Dosage Form Design* (M. Aulton ed. 1988). **[AI-MOEX0196592-612]**

33. Carugo, et al., Comparison of the Co-ordinative Behaviour of Calcium (II) and Magnesium (II) from Crystallographic Data; *J. Chem. Soc. Dalton Trans*. (1993). **[AI-MOEX0196627-35]**

34. King et al., "Oral Solid Dosage Forms," in: Gennaro A.R. (ed.), *Remington's Pharmaceutical Sciences*, Chapter 90, 1603-32 (17th ed. 1985). **[AI-MOEX0197000-31]**

35. Cotton, et al., Chapter 8, Beryllium and the Group II Elements: Mg, Ca, Sr, Ba, Ra; *Advanced Inorganic Chemistry* (1980). **[AI-MOEX0196636-55]**

36. U. Holzgrabe, et al., *J. Pharm. Biomed. Anal*. 17 557- 616 (1998). **[AI-MOEX0196774-833]**

37. Brogden & Wiseman, "Moexipril A Review of its Use in the Management of Essential Hypertension" *ADIS Drug Evaluation*, 845-60, 55(6) (1998). **[AI-MOEX0196750-65]**

38. Lewis, G.N., *Valence and the Structure of Atoms and Molecules* 142 (1923). **[AI-MOEX0196989-92]**

39. Rawlins, E.A., Tablets and Capsules, Chapter 19; *Bentley's Textbook of Pharmaceutics* (8th ed. 1977). **[AI-MOEX0196712-49]**

40. Berge et al., Pharmaceutical Salts, *J. Pharm. Sci*., 66:1-19 (1977). **[AI-MOEX0203148-66]**

41. Bighley L.D. et al., Salt Forms of Drug and Absorption, in: Swarbrick J. and Boylan J.C. (Eds.), *Encyclopedia of Pharmaceutical Technology* 13, Marcel Dekker (1995). **[AI-MOEX0203184-208]**

42. Gould P.L., Salt Selection for Basic Drugs, *Int. J. Pharm*., 33, 201-17 (1986). **[AI-MOEX0203167-83]**

43. Swartz & Krull, *Analytical Method Development Validation* (1997). **[AI-MOEX0203546-92]**

Dated: March 22, 2013                                    /s/ Laura T. Moran
                                                         --------------------------
                                                         Maria J. Beguiristain
                                                         Florida Bar No. 69851
                                                         mbeguiristain@whitecase.com
                                                         WHITE & CASE LLP
                                                         Southeast Financial Center
                                                         200 South Biscayne Boulevard
                                                         Suite 4900
                                                         Miami, Florida 33133
                                                         Tel: (305) 371-2700
                                                         Fax: (305) 358-5744

                                                         Dimitrios T. Drivas
                                                         Adam Gahtan
                                                         Christopher J. Glancy
                                                         Amit H. Thakore
                                                         Laura T. Moran
                                                         WHITE & CASE LLP
                                                         1155 Avenue of the Americas
                                                         New York, NY 10036
                                                         Tel: (212) 819-8200
                                                         Fax: (212) 354-8113

                                                         *Attorneys for Defendants*
                                                         *UCB, Inc. and Kremers Urban*
                                                         *Pharmaceuticals Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 22nd day of March, 2013, I caused the foregoing *UCB, Inc. and Kremers Urban Pharmaceuticals Inc.'s Notice Pursuant to 35 U.S.C. § 282* to be served upon counsel for Plaintiffs via electronic mail.

By: /s/ Laura T. Moran
   Laura T. Moran