Exhibit C



| Europäisches Patentamt | European Patent Office | Office européen des brevets |

# Urkunde    Certificate    Certificat

Es wird hiermit bescheinigt, dass für die in der Patentschrift beschriebene Erfindung ein europäisches Patent für die in der Patentschrift bezeichneten Vertragsstaaten erteilt worden ist.

It is hereby certified that a European patent has been granted in respect of the invention described in the patent specification for the Contracting States designated in the specification.

Il est certifié qu'un brevet européen a été délivré pour l'invention décrite dans le fascicule de brevet, pour les Etats contractants désignés dans le fascicule de brevet.

**Europäisches Patent Nr.**    **European Patent No.**    **Brevet européen n°**

1142878

**Patentinhaber**    **Proprietor of the Patent**    **Titulaire du brevet**

SHERMAN, Bernard Charles
50 Colony Road
Toronto, ON M2L 2K1/CA

München, den 07.03.07
Munich,
Fait à Munich, le

Alain Pompidou
Präsident des Europäischen Patentamts
President of the European Patent Office
Président de l'Office européen des brevets

EPA/EPO/OEB Form 2031 08.05

CONFIDENTIAL / HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     AI-MOEX0008294

(19) Europäisches Patentamt / European Patent Office / Office européen des brevets



(11) **EP 1 142 878 B1**

(12) **EUROPEAN PATENT SPECIFICATION**

(45) Date of publication and mention of the grant of the patent:
**07.03.2007** Bulletin **2007/10**

(51) Int Cl.:
*C07D 217/26* (2006.01)   *A61K 31/472* (2006.01)
*A61P 9/12* (2006.01)

(21) Application number: **01302450.0**

(22) Date of filing: **16.03.2001**

(54) **Pharmaceutical compositions comprising moexipril magnesium**

Moexipril-Magnesium enthaltende Arzneimittel

Compositions pharmaceutiques contenant moexipril magnésium

(84) Designated Contracting States:
AT BE CH CY DE DK ES FI FR GB GR IE IT LI LU MC NL PT SE TR

(30) Priority: **05.04.2000 CA 2303481**

(43) Date of publication of application:
**10.10.2001** Bulletin **2001/41**

(73) Proprietor: **SHERMAN, Bernard Charles**
Toronto, ON M2L 2K1 (CA)

(72) Inventor: **SHERMAN, Bernard Charles**
Toronto, ON M2L 2K1 (CA)

(74) Representative: **Howard, Paul Nicholas et al**
Carpmaels & Ransford
43 Bloomsbury Square
London WC1A 2RA (GB)

(56) References cited:
DE-A- 19 913 528    US-A- 4 743 450

Note: Within nine months from the publication of the mention of the grant of the European patent, any person may give notice to the European Patent Office of opposition to the European patent granted. Notice of opposition shall be filed in a written reasoned statement. It shall not be deemed to have been filed until the opposition fee has been paid. (Art. 99(1) European Patent Convention).

Printed by Jouve, 75001 PARIS (FR)

CONFIDENTIAL / HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            AI-MOEX0008295

EP 1 142 878 B1

Description

FIELD OF INVENTION

[0001] This invention relates to solid pharmaceutical compositions comprising a stable salt of moexipril, specifically the magnesium salt, moexipril magnesium.

BACKGROUND

[0002] Some ACE (Angiotensin Converting Enzyme) inhibitors, which are useful as antihypertensives, are susceptible to degradation by cyclization, hydrolysis or oxidation. Such ACE inhibitors include enalapril, quinapril and moexipril, and acid addition salts thereof.
[0003] Enalapril and its acid addition salts and their use as ACE inhibitors, is disclosed in U.S. Patent No. 4,374,829.
[0004] Quinapril and moexipril and their acid addition salts are disclosed in U.S. Patent No. 4,344,949.
[0005] Various methods of improving the stability of these compounds are disclosed in the prior art.
[0006] Enalapril and its acid addition salts are more easily stabilized than moexipril and its acid addition salts. There are thus some methods in the prior art that are satisfactory for the stabilization of enalapril and its acid addition salts, but not moexipril and its acid addition salts.
[0007] U.S. Patent No. 5,562,921 discloses that stable tablets can be made comprising enalapril maleate by restricting the inactive ingredients used in the tablets to certain ones found not to cause degradation. However, because moexipril and its acid addition salts are less stable than enalapril maleate, this approach does not work with moexipril and its acid addition salts.
[0008] U.S. Patent No. 5,350,582 and U.S. Patent No. 5,573,780 both disclose that stable tablets can be made by reacting enalapril maleate with an alkaline sodium compound to convert the enalapril maleate to enalapril sodium. Enalapril sodium is found to be much more stable than enalapril maleate.
[0009] U.S. Patent No. 4,830,853 discloses that certain ACE inhibitors, and in particular quinapril, can be stabilized against oxidation and discoloration by including ascorbic acid or sodium ascorbate in the composition. However, it appears that this approach does not stabilize moexipril or its addition salts sufficiently to be commercially useful, as products presently being marketed do not use this approach.
[0010] Finally, U.S. Patent No. 4,743,450 discloses that certain ACE inhibitors can be stabilized by making solid compositions that include an alkaline compound as stabilizer. Magnesium, calcium and sodium compounds are said to be preferred, and magnesium is most preferred. The examples in this patent all relate to solid dosage forms comprising quinapril hydrochloride as active drug and magnesium carbonate as stabilizer.
[0011] There is also a relevant publication by Gu et al, "Drug-Excipient Incompatibility Studies of the Dipeptide Angiotensin Converting Enzyme Inhibitor, Moexipril Hydrochloride: Dry Powder vs Wet Granulation", Pharm Res.7(4): 370-383. This publication discloses that moexipril hydrochloride can be stabilized by making compositions comprising moexipril hydrochloride and an alkaline stabilizing agent selected from sodium bicarbonate, sodium carbonate and calcium carbonate. It is stated that the stabilization is accomplished only when the compositions are made by a wet granulation process. In the conclusion of the publication, it is postulated that the stabilization results from the neutralization of the acidic drug by the basic excipient at the outer surface of the granulated material. It is also stated that it is possible that a portion of the moexipril was converted to alkaline salts via granulation. It thus appears clear that Gu, et al teaches that only a portion (if any) of the drug, and only that portion at the outer surface of the granules, may be converted to the alkaline salt, and that the stable product thus results entirely or primarily not from conversion to alkaline salts, but from stabilization of the moexipril hydrochloride by the presence of the alkaline stabilizing compound in the final product.
[0012] Gu, et al is thus consistent with the teaching of U.S. Patent No. 4,743,450, which, as aforesaid, teaches stable compositions comprising the unstable drug, stabilized by the presence of an alkaline compound in the final composition.
[0013] Tablets containing moexipril hydrochloride are sold in the United States and elsewhere under the tradename Univasc® by Schwarz Pharma. The labeling of these tablets indicates that the tablets contain moexipril hydrochloride and magnesium oxide. This indicates that these tablets are compositions in accordance with the teaching of U.S. Patent No. 4,743,450.
[0014] There are certain problems inherent in the teaching of U.S. Patent No. 4,743,450. In particular:

1. The examples of U.S. Patent No. 4,743,450 indicate a ratio of magnesium carbonate to active drug from about 5.8 to about 16.5 by weight, so that it appears that the amount of magnesium compound required is large and substantially exceeds the amount of the active drug.

2. Using the approach of U.S. Patent No. 4,743,450, it is difficult to precisely control the exact final ingredients in the composition. The moexipril hydrochloride and magnesium compound are capable of an acid-base reaction. It

2

EP 1 142 878 B1

is difficult to control the process so as to completely avoid an acid-base reaction in the making of the composition. The exact composition of the final product is thus uncertain and probably variable, if the teaching of U.S. Patent No. 4,743,450 is followed.

[0015]   In light of the prior art, the object of the present invention is to enable a stable composition comprising a moexipril salt which overcomes these limitations of the prior art.

DESCRIPTION OF THE INVENTION

[0016]   Improved stability is achieved by producing a dosage form which comprises moexipril magnesium.
[0017]   It has been found that the magnesium salt of moexipril (i.e. moexipril magnesium) is sufficiently stable to enable stable solid compositions, without the presence of an alkaline stabilizing compound in the final composition. It has also been found that stable solid compositions comprising moexipril magnesium can be made using moexipril or an acid addition salt thereof, by reacting the moexipril or acid addition salt with an alkaline magnesium compound, so as to convert most or all (i.e. more than half) of the moexipril or acid addition salt to moexipril magnesium.
[0018]   Since the purpose of the present invention is to eliminate the unstable moexipril or acid addition salt thereof and replace it with stable moexipril magnesium, it will be understood that it is desirable that the preparation of the moexipril or acid addition salt converted and moexipril magnesium be as high as possible. Hence the amount converted will preferably be more than 70%, more preferably more than 80%, even more preferably more than 90%, almost preferably 100% or virtually 100%.
The moexipril or acid addition salt thereof used in the process will preferably be moexipril hydrochloride.
[0019]   The alkaline magnesium compound will preferably be magnesium hydroxide or the magnesium salt of a weak acid such as, for example, magnesium carbonate. Magnesium oxide may be used in place of magnesium hydroxide, as magnesium oxide will convert to magnesium hydroxide in the presence of water.
[0020]   The molecular formula for moexipril hydrochloride is $C_{27}H_{34}N_2O_7 \cdot HCl$ and the molecular weight is 535.04g.
[0021]   The molecular equations, for converting moexipril hydrochloride to moexipril magnesium plus magnesium chloride, by reacting with magnesium hydroxide and magnesium carbonate are as follows:

1) Using magnesium hydroxide:

$$2C_{27}H_{34}N_2O_7 \cdot HCl + 2Mg(OH)_2 \rightarrow Mg(C_{27}H_{33}N_2O_7)_2 + MgCl_2 + 4H_2O.$$

2) Using magnesium carbonate:

$$2C_{29}H_{34}N_2O_7 \cdot HCl + 2MgCO_3 \rightarrow Mg(C_{27}H_{33}N_2O_7)_2 + MgCl_2 + 2H_2O + 2CO_2.$$

[0022]   It can be seen that a complete conversion of moexipril hydrochloride to moexipril magnesium plus magnesium chloride requires for each mole (535g) of moexipril hydrochloride, the following minimum amount of alkaline magnesium compound:

i) If magnesium hydroxide is used, one mole, which is 58.3g.

ii) If magnesium carbonate is used, one mole, which is 84.3g.

[0023]   If only the minimum amount of alkaline magnesium compound, so calculated, is used, it is possible that the reaction may not go to completion, leaving some of the moexipril or acid addition salt not converted to moexipril magnesium. It is thus preferable to use an excess amount of alkaline magnesium compound, to help ensure the reaction is complete or substantially complete.
[0024]   A reaction to convert the moexipril or acid addition salt thereof to moexipril magnesium cannot be accomplished simply by mixing the moexipril or acid addition salt together with the alkaline magnesium compound in dry form. It is necessary to mix and react the moexipril or acid addition salt and the alkaline magnesium compound with the aid of solvent, which may be water or organic solvent or a mixture of water and organic solvent, and then evaporating the solvent to obtain a dry substance. The solvent will preferably be a mixture of water and organic solvent, and a preferred organic solvent is acetone. After the solvent is evaporated, the dried material obtained will be further processed into a dosage form, such as a tablet or capsule.
[0025]   This process may be carried out in any of several ways, as follows:

CONFIDENTIAL / HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                            AI-MOEX0008297

EP 1 142 878 B1

i) The moexipril or acid addition salt and the alkaline magnesium compound can be reacted by adding them to solvent and mixing in the liquid state until the reaction is complete. As aforesaid, the solvent may be water or organic solvent, or a mixture of water and one or more organic solvents. The solvent will preferably be a mixture of water and an organic solvent, and most preferably a mixture of water and acetone. The amount of solvent will preferably be sufficient to fully dissolve the resultant moexipril magnesium, but not necessarily the excess alkaline magnesium compound, assuming an excess was used. After the reaction is completed, it is necessary to evaporate the solvent. This can be done, for example, by filtering the liquid to remove the extra alkaline magnesium compound, if any, and then spray drying. The resulting dry powder will be a mixture of moexipril magnesium and the magnesium salt of the acid used in the moexipril acid addition salt (i.e. magnesium chloride if moexipril hydrochloride was used). This dry powder can then be mixed with other suitable excipients (i.e. inactive ingredients such as, for example, lactose), and that mixture can be further processed into solid compositions; i.e. compressed into tablets or used as fill for two-piece hard gelatin capsules.

ii) The moexipril or acid addition salt and the alkaline magnesium compound can be reacted in a liquid state as described in i) above. However, instead of then evaporating the solvent, the resultant liquid or suspension can be used to wet granulate other excipients, and the wet mass can then be dried, for example, in an oven or fluid bed drier. The dried mass can then be compressed into tablets or used as fill for capsules, with or without the addition of other excipients.

iii) The moexipril or acid addition salt can be mixed with one or more excipients, for example lactose, in a dry state, and then the dry mixture can be wet granulated with a solution or suspension of the alkaline magnesium compound in suitable solvent, thereby forming a wet mass. A sufficient quantity of suitable solvent must be used and the mass must be left wet enough for sufficient time to enable the reaction between the moexipril or acid addition salt and the alkaline magnesium compound to be complete or substantially complete, before the solvent is removed by drying the wet mass. The wet mass is then dried, and the dried material can then be compressed into tablets or used as a fill for capsules, with or without the addition of other excipients.

iv) The magnesium compound can be mixed with other excipients, for example lactose, in a dry state, and then the dry mixture can be wet granulated with a solution or suspension of the moexipril or acid addition salt in suitable solvent, thereby forming a wet mass. Again, a sufficient quantity of suitable solvent must be used and the mass must be left wet enough for sufficient time to enable the reaction between the moexipril or acid addition salt and the alkaline magnesium compound to be complete or substantially complete, before the solvent is removed by drying the wet mass. The wet mass is then dried, and the dried material can then be compressed into tablets or used as a fill for capsules, with or without the addition of other excipients.

v) The moexipril or acid addition salt thereof and the alkaline magnesium compound can both be mixed with other excipients, for example lactose, in a dry state and then the dry mixture can be wet granulated with solvent to form a wet mass. Again, a sufficient quantity of suitable solvent must be used and the mass must be left wet enough for sufficient time to enable the reaction between the moexipril or acid addition salt and the alkaline magnesium compound to be complete or substantially complete, before the solvent is removed by drying. The wet mass is then dried, and the dried material can then be compressed into tablets or used as a fill for capsules, with or without the addition of other excipients.

[0026]   The invention will be further understood from the following examples which are intended to be illustrative but not limiting of the invention.

EXAMPLE 1

[0027]   The following ingredients were mixed together for 30 minutes:

| | |
|---|---|
| Moexipril hydrochloride | 10.0g |
| Magnesium hydroxide | 10.0g |
| Povidone | 30.0g |
| Water | 480.0g |
| Acetone | 240.0g |
| Total | 770.0g |

4

CONFIDENTIAL / HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                          AI-MOEX0008298

EP 1 142 878 B1

[0028] In the liquid mixture, the 10.0g of moexipril hydrochloride reacted with 1.09g of magnesium hydroxide to produce 9.53g of moexipril magnesium plus 0.89g of magnesium chloride, plus 0.67g of water. The liquid was then filtered to remove the excess magnesium hydroxide.

[0029] Hence the material dissolved in the water and acetone after filtration was:

| | |
|---|---|
| Moexipril magnesium | 9.53g |
| Magnesium chloride | 0.89g |
| Povidone | 30.00g |
| Total | 40.42g |

[0030] The spray-dried powder thus contained moexipril magnesium at a concentration of 9.53g of per 40.42g. Because of the relative molecular weights of moexipril magnesium versus moexipril, 9.53g of moexipril magnesium is equivalent in activity to 9.32g of moexipril. Hence the potency of the spray-dried powder expressed as moexipril equivalent was 9.32g per 39.19g.

[0031] A portion of the spray-dried powder was mixed with other ingredients as follows:

| | |
|---|---|
| Spray-dried powder | 11.0g |
| Lactose monohydrate | 13.0g |
| Magnesium stearate | 0.25g |
| Red ferric oxide | 0.7g |
| Colloidal silicon dioxide | 0.05g |
| Total | 25.0g |

[0032] This mixture was compressed into tablets of weight 50 mg each. Each tablet thus contained 22 mg of the spray-dried powder, which in turn contained about 5.2 mg of moexipril magnesium, equivalent to about 5.1 mg of quinapril.

EXAMPLES 2 TO 4

[0033] Ingredients were used as follows:

| | Example 2 | Example 3 | Example 4 |
|---|---|---|---|
| Moexipril Hydrochloride | 5.4g | 5.4g | 5.4g |
| Magnesium Hydroxide | 5.4g | 5.4g | 5.4g |
| Lactose anhydrous | 37.2g | 37.2g | 37.2g |
| Water | 12.0g | 6.0g | 0g |
| Acetone | 0g | 6.0g | 12.0g |
| Total | 60.0g | 60.0g | 60.0g |
| Total excluding solvent | 48.0g | 48.0g | 48.0g |

[0034] The procedure followed was to mix the first three ingredients together, and then add the solvent (i.e. water and/or acetone as shown) and mix well again. The wet mass was allowed to sit wet for 30 minutes and then mixed again before drying, to ensure that the mixture was wet enough for long enough to allow to reaction between the moexipril hydrochloride and magnesium hydroxide to go to completion or substantial completion. The wet mass was then dried in an oven at 60°C for four hours and the dried material was then passed through a #20 screen to produce fine granules.

[0035] For the resulting fine granules of each of these examples, 1.0g of magnesium stearate was mixed with 24g of the granules, and this mixture was compressed into tablets of 50 mg weight each. Because of the relative amounts of the various ingredients used and the relative molecular weights, it follows that each tablet of each of examples 2, 3 and 4 contained about 5.1 mg of moexipril magnesium equivalent to about 5.0 mg of moexipril.

[0036] The tablets of examples 1, 2, 3 and 4 are more stable against degradation of the active drug than tablets comprising moxeipril hydrochloride which has neither been converted to moexipril magnesium nor stabilized by addition of a stabilizer.

CONFIDENTIAL / HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                     AI-MOEX0008299

EP 1 142 878 B1

Claims

1. A process of making a solid pharmaceutical composition comprising moexipril magnesium, said process comprising the step of reacting moexipril or an acid addition salt thereof with an alkaline magnesium compound in the presence of a solvent so as to convert most or all of the moexipril or moexipril acid addition salt to moexipril magnesium.

2. A process of Claim 1 comprising the steps of:

   i) Adding the moexipril or acid addition salt thereof and the alkaline magnesium compound to solvent and mixing in the liquid state;
   ii) Evaporating the solvent to obtain a dried material, and
   iii) Further processing the dried material into the solid pharmaceutical composition.

3. A process of Claim 2 wherein, before the solvent is evaporated, the liquid is filtered to remove unreacted alkaline magnesium compound.

4. A process of Claim 2 or 3 wherein the solvent is evaporated by spray-drying.

5. A process of Claim 1 comprising the steps of:

   i) adding the moexipril or acid addition salt thereof and the alkaline magnesium compound to solvent;
   ii) using the resultant solution or suspension to wet granulate other excipients to obtain a wet mass;
   iii) drying the wet mass to obtain a dried mass; and
   iv) further processing the dried mass into the solid pharmaceutical composition.

6. A process of Claim 1 comprising the steps of:

   i) adding the alkaline magnesium compound to solvent;
   ii) using the resulting solution or suspension to wet granulate a mixture of the moexipril or acid addition salt thereof and one or more excipients to obtain a wet mass;
   iii) drying the wet mass to obtain a dried mass; and
   iv) further processing the dried mass into the solid pharmaceutical composition.

7. A process of Claim 1 comprising the steps of:

   i) adding the moexipril or acid addition salt thereof to solvent;
   ii) using the resultant solution or suspension to wet granulate a mixture of the alkaline magnesium compound and one or more other excipients to obtain wet mass;
   iii) drying the wet mass to obtain a dried mass, and
   iv) further processing the dried mass into the solid pharmaceutical composition.

8. A process of Claim 1 comprising the steps of:

   i) mixing the moexipril or acid addition salt thereof and alkaline magnesium compound with one or more other excipients;
   ii) adding a solvent and mixing to obtain a wet mass;
   iii) drying the wet mass to obtain a dry mass; and
   iv) further processing the dried mass into the solid pharmaceutical composition.

9. A process of any of Claims 1 to 8 where the solvent comprises water.

10. A process of any of Claims 1 to 8 wherein the solvent comprises an organic solvent.

11. A process of any of Claims 1 to 8 wherein the solvent comprises water and an organic solvent.

12. A process of Claim 10 or 11 wherein the organic solvent is acetone.

13. A process of any of Claims 1 to 12 wherein the moexipril or acid addition salt thereof is moexipril hydrochloride.

CONFIDENTIAL / HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                AI-MOEX0008300

EP 1 142 878 B1

14. A process of any of Claims 1 to 13 wherein the alkaline magnesium compound is magnesium hydroxide, magnesium oxide or the magnesium salt of a weak acid.

15. A process of Claim 14 wherein the alkaline magnesium compound is magnesium hydroxide.

16. A process of Claim 14 wherein the alkaline magnesium compound is magnesium carbonate.

17. A process of any of Claims 1 to 16 wherein the percentage of the moexipril or acid addition salt converted to moexipril magnesium exceeds about 80%.

18. A process of any of Claims 1 to 16 wherein the percentage of the moexipril or acid addition salt thereof converted to moexipril magnesium exceeds 80%.

19. A process of any of Claims 1 to 16 wherein the percentage of the moexipril or acid addition salt thereof converted to moexipril magnesium exceeds 90%.

20. A solid pharmaceutical composition comprising moexipril magnesium when made by a process of any of Claims 1 to 19.

**Patentansprüche**

1. Verfahren zur Herstellung einer pharmazeutischen Feststoffzusammensetzung, umfassend Moexipril-Magnesium, wobei das Verfahren die Schritte des Umsetzens von Moexipril oder eines Säureadditionssalzes davon mit einer alkalischen Magnesiumverbindung in der Gegenwart eines Lösungsmittels, sodaß das meiste oder sämtliches von dem Moexipril oder Moexipril-Säureadditionssalz zu Moexipril-Magnesium umgewandelt wird, umfaßt.

2. Verfahren gemäß Anspruch 1, umfassend die Schritte:

   i) das Zugeben des Moexiprils oder des Säureadditionssalzes davon und der alkalischen Magnesiumverbindung zu Lösungsmittel und Mischen in dem flüssigen Zustand,
   ii) das Verdampfen des Lösungsmittels unter Erhalten eines getrockneten Materials, und
   iii) das weitere Verarbeiten des getrockneten Materials in die pharmazeutische Feststoffzusammensetzung.

3. Verfahren gemäß Anspruch 2, wobei, bevor das Lösungsmittel verdampft wird, die Flüssigkeit gefiltert wird, um nicht-umgesetzte alkalische Magnesiumverbindung zu entfernen.

4. Verfahren gemäß Anspruch 2 oder 3, wobei das Lösungsmittel durch Sprühtrocknen verdampft wird.

5. Verfahren gemäß Anspruch 1, umfassend die Schritte:

   i) das Zugeben des Moexiprils oder des Säureadditionssalzes davon und der alkalischen Magnesiumverbindung zu Lösungsmittel,
   ii) das Verwenden der resultierenden Lösung oder Suspension zum Naßgranulieren anderer Exzipienten unter Erhalten einer feuchten Masse,
   iii) das Trocknen der feuchten Masse unter Erhalten einer getrockneten Masse, und
   iv) das Weiterverarbeiten der getrockneten Masse in die pharmazeutische Feststoffzusammensetzung.

6. Verfahren gemäß Anspruch 1, umfassend die Schritte:

   i) das Zugeben der alkalischen Magnesiumverbindung zu Lösungsmittel,
   ii) das Verwenden der resultierenden Lösung oder Suspension zum Naßgranulieren eines Gemisches des Moexiprils oder Säureadditionssalzes davon und eines oder mehrerer Exzipienten unter Erhalten einer feuchten Masse,
   iii) das Trocknen der feuchten Masse unter Erhalten einer getrockneten Masse, und
   iv) das Weiterverarbeiten der getrockneten Masse in die pharmazeutische Feststoffzusammensetzung.

7. Verfahren gemäß Anspruch 1, umfassend die Schritte:

7

CONFIDENTIAL / HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        AI-MOEX0008301

EP 1 142 878 B1

    i) das Zugeben des Moexiprils oder Säureadditionssalzes davon zu Lösungsmittel,
    ii) das Verwenden der resultierenden Lösung oder Suspension zum Naßgranulieren eines Gemisches der alkalischen Magnesiumverbindung und eines öder mehrerer Exzipienten unter Erhalten einer feuchten Masse,
    iii) das Trocknen der feuchten Masse unter Erhalten einer getrockneten Masse, und
    iv) das Weiterverarbeiten der getrockneten Masse in die pharmazeutische Feststoffzusammensetzung.

8. Verfahren gemäß Anspruch 1, umfassend die Schritte:

    i) das Mischen des Moexiprils oder Säureadditionssalzes davon und der alkalischen Magnesiumverbindung mit einem oder mehreren Exzipienten,
    ii) das Zugeben eines Lösungsmittels und Mischen unter Erhalten einer feuchten Masse,
    iii) das Trocknen der feuchten Masse unter Erhalten einer Trockenmasse, und
    iv) das Weiterverarbeiten der getrockneten Masse in die pharmazeutische Feststoffzusammensetzung.

9. Verfahren gemäß einem der Ansprüche 1 bis 8, wobei das Lösungsmittel Wasser umfaßt.

10. Verfahren gemäß einem der Ansprüche 1 bis 8, wobei das Lösungsmittel ein organisches Lösungsmittel umfaßt.

11. Verfahren gemäß einem der Ansprüche 1 bis 8, wobei das Lösungsmittel Wasser und ein organisches Lösungsmittel umfaßt.

12. Verfahren gemäß Anspruch 10 oder 11, wobei das organische Lösungsmittel Aceton ist.

13. Verfahren gemäß einem der Ansprüche 1 bis 12, wobei das Moexipril oder Säureadditionssalz davon Moexiprilhydrochlorid ist.

14. Verfahren gemäß einem der Ansprüche 1 bis 13, wobei die alkalische Magnesiumverbindung Magnesiumhydroxid, Magnesiumoxid oder das Magnesiumsalz einer schwachen Säure ist.

15. Verfahren gemäß Anspruch 14, wobei die alkalische Magnesiumverbindung Magnesiumhydroxid ist.

16. Verfahren gemäß Anspruch 14, wobei die alkalische Magnesiumverbindung Magnesiumcarbonat ist.

17. Verfahren gemäß einem der Ansprüche 1 bis 16, wobei der Prozentanteil des Moexiprils oder Säureadditionssalzes davon, umgewandelt zu Moexipril-Magnesium, etwa 80% übersteigt.

18. Verfahren gemäß einem der Ansprüche 1 bis 16, wobei der Prozentanteil des Moexiprils oder Säureadditionssalzes davon, umgewandelt zu Moexipril-Magnesium, 80% übersteigt.

19. Verfahren gemäß einem der Ansprüche 1 bis 16, wobei der Prozentanteil des Moexiprils oder Säureadditionssalzes davon, umgewandelt zu Moexipril-Magnesium, 90% übersteigt.

20. Pharmazeutische Feststoffzusammensetzung, umfassend Moexipril-Magnesium, wenn hergestellt durch ein Verfahren gemäß einem der Ansprüche 1 bis 19.

**Revendications**

1. Procédé de préparation d'une composition pharmaceutique solide comprenant du moexipril magnésium, ledit procédé comprenant l'étape de réaction du moexipril ou d'un sel d'addition avec un acide de ce dernier avec un composé alcalin du magnésium en présence d'un solvant, de façon à convertir la presque totalité ou la totalité du moexipril ou du sel d'addition avec un acide du moexipril en moexipril magnésium.

2. Procédé selon la revendication 1, comprenant les étapes de :

    i) addition du moexipril ou d'un sel d'addition avec un acide de ce dernier, et du composé alcalin du magnésium, à un solvant, et mélange à l'état liquide,
    ii) évaporation du solvant pour obtenir un matériau séché, et

8

CONFIDENTIAL / HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

AI-MOEX0008302

EP 1 142 878 B1

iii) traitement plus poussé du matériau séché, pour le transformer en la composition pharmaceutique solide.

3. Procédé selon la revendication 2, dans lequel, avant évaporation du solvant, le liquide est filtré pour isoler le composé alcalin du magnésium n'ayant pas réagi.

4. Procédé selon la revendication 2 ou 3, dans lequel le solvant est évaporé par séchage par pulvérisation.

5. Procédé selon la revendication 1, comprenant les étapes de :

   i) addition du moexipril ou d'un sel d'addition avec un acide de ce dernier et du composé alcalin du magnésium à un solvant ;
   ii) utilisation de la solution ou de la suspension obtenue pour granuler à l'état humide d'autres excipients, pour obtenir une masse humide ;
   iii) séchage de la masse humide pour obtenir une masse séchée ; et
   iv) traitement plus poussé de la masse séchée pour la transformer en la composition pharmaceutique solide.

6. Procédé selon la revendication 1, comprenant les étapes de :

   i) addition du composé alcalin du magnésium à un solvant ;
   ii) utilisation de la solution ou de la suspension obtenue pour granuler à l'état humide un mélange du moexipril ou d'un sel d'addition avec un acide de ce dernier et d'un ou plusieurs excipients, pour obtenir une masse humide ;
   iii) séchage de la masse humide pour obtenir une masse séchée ; et
   iv) traitement plus poussé de la masse séchée pour la transformer en la composition pharmaceutique solide.

7. Procédé selon la revendication 1, comprenant les étapes de :

   i) addition du moexipril ou d'un sel d'addition avec un acide de ce dernier à un solvant ;
   ii) utilisation de la solution ou de la suspension obtenue pour granuler à l'état humide un mélange du composé alcalin du magnésium et d'un ou plusieurs autres excipients, pour obtenir une masse humide ;
   iii) séchage de la masse humide pour obtenir une masse séchée, et
   iv) traitement plus poussé de la masse séchée pour la transformer en la composition pharmaceutique solide.

8. Procédé selon la revendication 1, comprenant les étapes de :

   i) mélange du moexipril ou d'un sel d'addition avec un acide de ce dernier et du composé alcalin du magnésium à un ou plusieurs autres excipients ;
   ii) addition d'un solvant, et mélange pour obtenir une masse humide ;
   iii) séchage de la masse humide pour obtenir une masse sèche ; et
   iv) traitement plus poussé de la masse séchée pour la transformer en la composition pharmaceutique solide.

9. Procédé selon l'une quelconque des revendications 1 à 8, dans lequel le solvant comprend de l'eau.

10. Procédé selon l'une quelconque des revendications 1 à 8, dans lequel le solvant comprend un solvant organique.

11. Procédé selon l'une quelconque des revendications 1 à 8, dans lequel le solvant comprend de l'eau et un solvant organique.

12. Procédé selon la revendication 10 ou 11, dans lequel le solvant organique est l'acétone.

13. Procédé selon l'une quelconque des revendications 1 à 12, dans lequel le moexipril ou le sel d'addition avec un acide de ce dernier est le chlorhydrate de moexipril.

14. Procédé selon l'une quelconque des revendications 1 à 13, dans lequel le composé alcalin du magnésium est l'hydroxyde de magnésium, l'oxyde de magnésium ou le sel de magnésium d'un acide faible.

15. Procédé selon la revendication 14, dans lequel le composé alcalin du magnésium est l'hydroxyde de magnésium.

16. Procédé selon la revendication 14, dans lequel le composé alcalin du magnésium est le carbonate de magnésium.

9

CONFIDENTIAL / HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                             AI-MOEX0008303

EP 1 142 878 B1

17. Procédé selon l'une quelconque des revendications 1 à 16, dans lequel le pourcentage du moexipril ou du sel d'addition avec un acide, converti en moexipril magnésium, est supérieur à environ 80 %.

18. Procédé selon l'une quelconque des revendications 1 à 16, dans lequel le pourcentage du moexipril ou de son sel d'addition avec un acide, converti en moexipril magnésium, est supérieur à 80 %.

19. Procédé selon l'une quelconque des revendications 1 à 16, dans lequel le pourcentage du moexipril ou du sel d'addition avec un acide de ce dernier, converti en moexipril magnésium, est supérieur à 90 %.

20. Composition pharmaceutique solide comprenant du moexipril magnésium, quand ce dernier est préparé par un procédé selon l'une quelconque des revendications 1 à 19.

CONFIDENTIAL / HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    AI-MOEX0008304