Exhibit D

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60706-CIV-MIDDLEBROOKS-BRANNON (CONSOLIDATED)**

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP.,<br><br>         Plaintiffs,<br><br>       v.<br><br>UCB, INC. and KREMERS URBAN<br>PHARMACEUTICALS INC.,<br><br>         Defendants. | C.A. No. 12-60706 (DMM)<br><br>**HIGHLY CONFIDENTIAL –<br>ATTORNEYS EYES ONLY** |

**DEFENDANTS' OBJECTIONS AND RESPONSES TO
PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-47)**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendants UCB, Inc. and Kremers Urban Pharmaceuticals Inc. (collectively, "UCB" or "Defendants"), by and through their attorneys, hereby respond and object to Plaintiffs' Apotex, Inc. and Apotex Corp. (collectively, "Apotex" or "Plaintiffs") First Set of Requests for Admission to Defendants (Nos. 1-47).

**PRELIMINARY STATEMENT**

1.      As used in the Preliminary Statement and General Objections set forth herein, the term "Request" or "Requests" shall refer to any discovery request served on Defendants, including, but not limited to, document requests, interrogatories, requests for admission, and any definitions and instructions relating thereto.

2.      The specific responses set forth below are for the purposes of discovery only, and Defendants neither waive nor intend to waive, but expressly reserve, any and all objections they may have to the relevance, competence, materiality, privilege, admissibility or use in any further

**Response**

In addition to the General Objections set forth above, UCB objects to this Request as vague and ambiguous to the extent that it uses the term "moexipril salt."  Subject to the foregoing general and specific objections, UCB responds as follows:

Admitted that the active pharmaceutical ingredient in Univasc® is moexipril hydrochloride; UCB can otherwise neither admit nor deny this Request because UCB lacks knowledge or information sufficient to admit or deny it.

**Request No. 4.**

Admit that products made in accordance with your Uniretic® NDA contain a moexipril salt other than moexipril hydrochloride.

**Response**

In addition to the General Objections set forth above, UCB objects to this Request as vague and ambiguous to the extent that it uses the term "moexipril salt."  Subject to the foregoing general and specific objections, UCB responds as follows:

Admitted that the active pharmaceutical ingredients in Uniretic® are moexipril hydrochloride and hydrochlorothiazide; UCB can otherwise neither admit nor deny this Request because UCB lacks knowledge or information sufficient to admit or deny it.

**Request No. 5.**

Admit that your manufacturing process for Uniretic® is kept by you as a confidential trade secret.

**Response**

In addition to the General Objections set forth above, UCB objects to this Request to the extent that it calls for a legal conclusion or determination.  Subject to the foregoing general and specific objections, UCB responds as follows:

Admitted that UCB takes measures to maintain the confidentiality of the manufacturing process for Uniretic®; UCB can otherwise neither admit nor deny this Request because UCB lacks knowledge or information sufficient to admit or deny it.

**Request No. 6.**

Admit that your manufacturing process for Univasc® is not publically known.

**Response**

In addition to the General Objections set forth above, UCB objects to this Request as vague and ambiguous to the extent that it uses the term "publicly known."  UCB further objects to this Request to the extent that it calls for a legal conclusion or determination.  Subject to the foregoing general and specific objections, UCB responds as follows:

Admitted that UCB takes measures to maintain the confidentiality of the manufacturing process for Univasc®; UCB can otherwise neither admit nor deny this Request because UCB lacks knowledge or information sufficient to admit or deny it.

**Request No. 7.**

Admit that your manufacturing process for Uniretic® is kept by you as a confidential trade secret.

**Response**

In addition to the General Objections set forth above, UCB objects to this Request to the extent that it calls for a legal conclusion or determination.  UCB objects to this Request as duplicative of at least Request No. 5.  Subject to the foregoing general and specific objections, UCB responds as follows:

This Request is identical to Request No. 5.  UCB therefore incorporates by reference its response to Request No. 5 into its response to this Request.

**Request No. 8.**

Admit that your manufacturing process for Uniretic® is not publically known.

**Response**

In addition to the General Objections set forth above, UCB objects to this Request as vague and ambiguous to the extent that it uses the term "publicly known." UCB further objects to this Request to the extent that it calls for a legal conclusion or determination. Subject to the foregoing general and specific objections, UCB responds as follows:

Admitted that UCB takes measures to maintain the confidentiality of the manufacturing process for Uniretic®; UCB can otherwise neither admit nor deny this Request because UCB lacks knowledge or information sufficient to admit or deny it.

**Request No. 9.**

Admit that an earlier invented, secret invention will generally not invalidate a later invented, publicly disclosed invention.

**Response**

In addition to the General Objections set forth above, UCB objects to this Request as vague and ambiguous at least insofar as it uses the terms "secret invention." UCB further objects to this Request as improper under the Federal Rules of Civil Procedure in that it does not seek an admission regarding the truth of any specific fact, or the application of law to specific facts, and instead appears to seek an admission relating to a statement of law. (See Fed. R. Civ. P. 36.)

**Request No. 10.**

Admit that your manufacturing process for Univasc® involves a wet granulation step.

**Response**

Subject to the foregoing General Objections, UCB responds as follows:

Admitted.

Dated: September 24, 2012

/s/ Maria J. Beguiristain
- - - - - - - - - - - - - - - - - - - - - - - - -

Maria J. Beguiristain
Florida Bar No. 69851
mbeguiristain@whitecase.com
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33133
Tel: (305) 371-2700
Fax: (305) 358-5744

Dimitrios T. Drivas
Adam Gahtan
Amit H. Thakore
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113

*Attorneys for Defendants*
*UCB, Inc. and Kremers Urban*
*Pharmaceuticals Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of September, 2012, I caused a copy of the foregoing

*Defendants' Objections and Responses to Plaintiffs' First Set of Requests for Admission (Nos. 1-*

*47)* to be served via electronic mail to counsel for Plaintiffs Apotex, Inc. and Apotex Corp.


/s/ Amit H. Thakore
- - - - - - - - - - - - - - - - - - - - -
Amit H. Thakore

26