# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 12-60706-CIV-MIDDLEBROOKS-BRANNON

APOTEX, INC. *et al.*,

      Plaintiffs,

v.

UCB, INC., *et al.*,

      Defendants.

_____/

## ORDER ON JOINT MOTION FOR AUTHORIZATION TO USE ELECTRONIC EQUIPMENT AT TRIAL

THIS CAUSE comes before the Court upon a Joint Motion for Authorization to Use Electronic Equipment at Trial (DE 206) ("Joint Motion"), filed July 24, 2013.  I have reviewed the Joint Motion and I am otherwise fully advised in the premises.  I will permit the Parties' attorneys and support staff to bring electronic equipment into the Courthouse for purposes of trial; however, I will not allow the Parties' witnesses and representatives to bring electronic devices in the Courthouse.[1]

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion for Authorization to Use Electronic Equipment at Trial (DE 206) is **GRANTED IN PART** and **DENIED IN PART**.[2] Only the attorneys and their support staff listed below may bring electronic equipment into the

---

[1] Those bringing cellular telephones and computers into the Courthouse shall take notice of Southern District of Florida Administrative Orders 2009-12, which prohibits "text messaging, emailing, twittering, typing, and any cellular phone use from inside courtrooms." (*Id.*) (emphasis in original).  I also caution those permitted to bring electronics not to bring any electronic devices into the Courthouse for others.

[2] Should an expert witness require his or her laptop computer or tablet computer in order to testify, the parties may move the Court to allow that expert to bring in the required electronics.

Courthouse for the trial of the above-captioned civil action, subject to inspection and approval by

the U.S. Marshals Service, as follows:

**Plaintiffs' Requests**

1.   Keith Brett – Plaintiffs' Technician
     a.   two laptop computers
     b.   one cell phone
     c.   one projector
     d.   one  eight foot rollup screen
     e.   one VGA amplifier
     f.   one technicians' table
     g.   miscellaneous cables and extension cords

2.   Kristin C. Juliar – Plaintiffs' paralegal
     a.   one cell phone
     b.   one PDA device

3.   Bryce Robertson – Plaintiffs' paralegal
     a.   one cell phone
     b.   one PDA device

4.   Robert B. Breisblatt – Plaintiffs' Counsel
     a.   One laptop computer
     b.   One cell phone
     c.   One PDA device
     d.   One tablet computer

5.   Craig Kuchii – Plaintiffs' Counsel
     a.   One laptop computer
     b.   One cell phone
     c.   One PDA device

6.   Martin Masar – Plaintiffs' Counsel
     a.   One laptop computer
     b.   One cell phone
     c.   One PDA device

7.   Elese Hanson – Plaintiffs' Counsel
     a.   One laptop computer
     b.   One cell phone
     c.   One PDA device

8.   Christopher Ferenc – Plaintiffs' Counsel
     a.   One laptop computer

       b.     One cell phone
       c.     One PDA device

9.     Matthew S. Nelles – Plaintiffs' Counsel
       a.     One cell phone
       b.     One laptop computer

**Defendants' Requests**

1.     Kevin Welch – Defendants' Technician
       a.     Two laptop computers
       b.     One cell phone
       c.     One VGA switch
       d.     One VGA amplifier
       e.     One pair of speakers
       f.     Two external hard drives
       g.     One AT&T wireless access
       h.     One wireless router
       i.     One laser jet printer
       j.     One presenter table
       k.     One 19" monitor
       l.     One box of miscellaneous cables & adapters

2.     Dimitrios T. Drivas – Defendants' Counsel
       a.     One laptop computer
       b.     One cell phone
       c.     One PDA device

3.     Adam Gahtan – Defendants' Counsel
       a.     One laptop computer
       b.     One cell phone
       c.     One PDA device

4.     Christopher J. Glancy – Defendants' Counsel
       a.     One laptop computer
       b.     One cell phone
       c.     One PDA device

5.     Amit Thakore – Defendants' Counsel
       a.     One laptop computer
       b.     One cell phone
       c.     One PDA device

6.     Laura T. Moran – Defendants' Counsel
       a.     One laptop computer

      b.     One cell phone
      c.     One PDA device

7.    Maria J. Beguiristain – Defendants' Counsel
      a.     One laptop computer
      b.     One cell phone
      c.     One PDA device

8.    Elizabeth Moon – Defendants' Paralegal
      a.     One laptop computer
      b.     One cell phone
      c.     One PDA device

The parties' attorneys and courthouse personnel and security are instructed to coordinate a mutually agreeable time for placement and testing of the above-described equipment.[3]

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _25_ day of July, 2013.

                                    DONALD M. MIDDLEBROOKS
                                    UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record[4]

---

[3] The parties may test their equipment in the Courtroom on **Friday, July 26, 2013, at 4:00 p.m.** If a party intends to utilize this time, please contact my Chambers ahead of time.

[4] The parties are responsible for carrying a copy of this Order upon entry into the Courthouse.