**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 12-60706-CIV-MIDDLEBROOKS-BRANNON (CONSOLIDATED)**


APOTEX, INC., et al.,

                 Plaintiffs,

v.

UCB, INC., et al.,

                 Defendants.

_____/

## JOINT STATUS REPORT ON ISSUES TO BE TRIED

Plaintiffs Apotex, Inc. and Apotex Corp. (collectively, "Apotex") and Defendants UCB, Inc. and Kremers Urban Pharmaceuticals Inc. (collectively, "UCB"), pursuant to the Court's request at the July 25, 2013 teleconference, and based on the parties' review of the Transcript of Pretrial Conference (D.E. 187), submit a status report addressing the issues to be tried at the bench trial set to begin July 29, 2013 and the jury trial that is to follow the bench trial.

The parties agree that the issues to be tried, in the following order, at the bench trial are:

1. Claim construction issues, including UCB's disclaimer defense and indefiniteness invalidity defense; and

2. Issues related to UCB's Equitable Defenses, including inequitable conduct, laches, and judicial estoppel.

The parties agree that the issues to be tried, in the following order, at the jury trial are:

1. Infringement;

2. Damages; and

3. UCB's invalidity defenses, including anticipation under 35 U.S.C. § 102, obviousness under 35 U.S.C. § 103, written description under 35 U.S.C. § 112, ¶ 1 and enablement under 35 U.S.C. § 112, ¶ 1.

Dated: July 25, 2013

/s/ Martin S. Masar III
Matthew S. Nelles
Florida Bar. No. 009245
mnelles@broadandcassel.com
BROAD AND CASSEL
100 S.E. Third Avenue, Suite 2700
Fort Lauderdale, Florida 33394
Telephone: (954) 764–7060
Facsimile:  (954) 761–8135

Robert B. Breisblatt
robert.breisblatt@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
Martin S. Masar III (pro hac vice)
martin.masar@kattenlaw.com
Suresh B. Pillai (pro hac vice)
suresh.pillai@kattenlaw.com
525 W. Monroe Street
Chicago, Illinois 60607
Telephone: (312) 902-5200
Facsimile:  (312)-902-1061

Christopher B. Ferenc
christopher.ferenc@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW Suite 200
Washington, DC  20007
Telephone: (202) 625-3500
Facsimile:  (202) 339-6044

*Attorneys for Plaintiffs*
*Apotex, Inc. and Apotex Corp.*

Respectfully submitted,

/s/ Maria J. Beguiristain
Maria J. Beguiristain
Florida Bar No. 69851
mbeguiristain@whitecase.com
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352
Telephone: (305) 371-2700
Facsimile:  (305) 358-4744

Dimitrios T. Drivas (pro hac vice)
ddrivas@whitecase.com
WHITE & CASE LLP
Adam Gahtan (pro hac vice)
agahtan@whitecase.com
Amit H. Thakore (pro hac vice)
athakore@whitecase.com
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

*Attorneys for Defendants UCB, Inc. and*
*Kremers Urban Pharmaceuticals Inc.*