UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-CV-60706-MIDDLEBROOKS/BRANNON

APOTEX, INC., et al.,

      Plaintiffs,

v.

UCB, INC., et al.,

      Defendants.
_____/

## JOINT CORRECTIONS TO THE TRIAL TRANSCRIPT

Plaintiffs Apotex Inc. and Apotex Corp. and Defendants UCB, Inc. and Kremers Urban Pharmaceuticals, Inc. hereby file these Joint Corrections to the transcript of the bench trial that took place in this matter from July 29 to 31, 2013. The parties were able to agree to all of the corrections, with the exception of one correction to the July 30, 2013 transcript. The disputed correction is set forth separately, with the parties' respective positions noted. The following table sets forth the parties agreed-to corrections:

| DAY 1 – JULY 29, 2013 ||
|---|---|
| **CITATION** | **CORRECTION** |
| Page 3 | JTX2 was admitted on page 100 <br><br> PTX63 was admitted on page 52 <br><br> PTX117 was admitted on page 93 |
| 16:21 | "88 percent" should be "80 percent" |
| passim | "PTC" should be "PCT" |
| passim | "Kuchil" should be "Kuchii" |
| passim | "inventer(s)" should be "inventor(s)" |

| | |
|---|---|
| 19:18 | "outlying" should be "alkaline" |
| 20:7 | "88 percent" should be "80 percent" |
| 31:19 | "an alkalide [unintelligible]" should be "an alkali or alkaline" |
| 32:19 | "an equitable" should be "inequitable" |
| 35:24 | "9,962,560" should be "99/62560" |
| 39:3 | "Demitrios" should be "Dimitrios" |
| 48:18 | "unreactive" should be "unreacted" |
| 58:10 | "activation" should be "active agent" |
| 58:13 | "degradations" should be "degradation" |
| 60:13 | "Novia Ventis" should be "Sanofi-Aventis" |
| 68:1 | "Mr. Breisblatt" should be "Mr. Drivas" |
| 68:3 | "Plaintiff's Joint Exhibit" should be "Joint Exhibit" |
| 71:8 | "hydrochloride" should be "hydrochloric" |
| 92:15 | "alcohol?" should be "alcohol." |
| 93:1 | "PTD117" should be "PTX117" |
| 100:15 | "JPX2P" should be "JTX2P" |
| 104:17 | "inhibiter" should be "inhibitor" |
| 113:8 | "semimetric" should be "stoichiometric" |
| 144:2 | "fixing" should be "mixing" |
| 164:17 | "Overland" should be "Oberlin" |
| 174:17 | "Bunnell's" should be "metals" |
| 176:15 | "polypovidone" should be "polyplasdone" |
| 176:16 | "steroid" should be "stearate" |
| 219:8 | "there is disagreement here" should be "there is no disagreement here" |

| DAY 2 – JULY 30, 2013 ||
|:---:|:---:|
| **CITATION** | **CORRECTION** |
| Page 3 | "Jeffrey" should be "Jeffery"<br><br>"Elizabeth" should be "Elisabeth" |
| 15:19 | "work was that was" should be "work was—that was" |
| 15:21 | "done and had written" should be "done. And I had written" |
| 17:13 | "understand" should be "understood" |
| 28:14 | "ATX010" should be "JTX010" |
| 30:2-9 | Insert quotation marks beginning on 30:2 before "in general, the technique . . ." and ending on 30:9 at "mass down a screen." |
| 30:4 | "mix powder" should be "mixed, powdery" |
| 33:20 | "drawing" should be "drying" |
| 35:9 | "an irrelevant" should be "a relative" |
| 39:20 | "the hydraulic hydrochloride salt" should be "the hydrochloride salt" (i.e., delete "hydraulic" |
| 40:5-9 | <u>Currently says</u>: And then what he says is it is also possible – and he uses the word "possible" for this – that a portion, just a portion of the Moexipril hydrochloride was converted to the cation salts via granulation, and these cation salts degraded much more slower than solid state; is that correct?<br><br><u>Should say</u>: And then what he says is, "It is also possible"—and he uses the word "possible" for this—"that a portion"—just a portion—"of the moexipril hydrochloride was converted to the cation salts via granulation[delete comma] and these cation salts degraded much [delete "more"] slower in the solid state"; is that correct? |
| 49:1 | "7014972" should be "UCB0014972" |
| 49:4 | "Pollack" should be "Pollock" |
| 50:11-13 | <u>Currently says</u>: Agglomerates were concluded to be a nonoptimal situation, as with the final drug product at tabulate formulation<br><br><u>Should say</u>: Agglomerates were concluded to be a non-optimal situation, as with . . . [delete "the"] final drug product [delete "at"] (tablet) formulation |

| | |
|---|---|
| 51:12-13 | Currently says: they say, "As part of the corruptive measures," if we look down.<br><br>Should say: they say, as part of the "Corrective Measures," if we look down |
| 51:19 | "carryover" should say "carry over" |
| 52:13 | "231217" should be "20-312 in" |
| 56:16 | "carryover" should say "carry over" |
| 86:10 | "seen it,." should be "seen it[delete comma]." |
| 91:13 | "Merchey" should be "Murthy" |
| 102:19 | "bioequivalent" should be "bioequivalence" |
| 109:17 | "forcing" should be "enforcing" |
| 110:4 | "somebody sells have" should be "somebody else having" |
| 126:9 | "Joint Exhibit 5" should be "Joint Exhibit 10" |
| 126:9 | "penalty" should be "patent" |
| 127:9 | "niece" should be "these" |
| 128:23 | "5" should be "10" |
| 129:8-9 | "Joint Trial Exhibit 5 in Gu" should be "Joint Trial Exhibit 10 in view of Gu" |
| 130:4 | "5" should be "10" |
| 133:4 | "AG29G 2000" should be "AG 29 June 2000" |
| 135:13 | "penalty" should be "patent" |
| 136:22 | "realize" should be "relaunch" |
| 140:2 | "reactive" should be "reacted" |
| 140:16 | "unreactive" should be "unreacted" |
| 147:22 | "Elizabeth" should be "Elisabeth" |
| 150:25-151:1 | "formulation meeting during that 10D [phonetic]" should be "formulation meeting. You're an attendee" |
| 160:24 | "nonconfidential" should be "confidential" |
| 164:5 | "Number 41990" should be "Number 4, 1990" |

| | |
|---|---|
| 179:13 | "5, 34" should be "534" |
| 190:7 | "Mica" should be "Mika" |
| 190:16 | "Mica" should be "Mika" |
| 190:17 | "Mica" should be "Mika" |
| 192:3 | "Mica" should be "Mika" |
| 192:7 | "Mica" should be "Mika" |
| 196:24 | "M. Sherman" should be "Emschermann" |
| 199:21 | "CVE30" should be "CBE-30" |
| 199:22 | "CVE30" should be "CBE-30" |
| 200:5 | "CVE30" should be "CBE-30" |
| 202:12 | "Mica" should be "Mika" |
| 202:13 | "Mica should be "Mika" |
| 215:21 | "CB30" should be "CBE-30" |
| 215:25 | "CBE30" should be "CBE-30" |
| 216:9 | "SBMI" should be "SPMI" |
| 216:20 | "CBE30" should be "CBE-30" |

| DAY 3 – JULY 31, 2013 ||
| :---: | :---: |
| **CITATION** | **CORRECTION** |
| Page 3 | "Elizabeth" should be "Elisabeth" |
| 7:23 | "Ference" should be "Ferenc" |
| 8:20-21 | "iosumetic therapy" should be "Enzymatic Therapy" |
| 14:8 | "Indopril" should be "Indolapril" |
| 14:9 | "inhibiters" should be "inhibitors" |
| 14:25 | "technics" should be "techniques" |
| 16:18 | "33" should be "3" |
| 18:20-21 | <u>Currently says</u>: The quantity of water achieved by the granulation endpoints was decreased; magnesium oxide 50 percent less and…<br><br><u>Should say</u>: The quantity of water used to achieve granulation end points was decreased; magnesium oxide used 50 percent less water than… |
| 24:11 | "and" should be "in" |
| 24:11 | "valuate" should say "evaluate" |
| 28:14 | "560 patent" should be "'556 patent" |
| 32:5 | "Based on mass data" should be "based on mass spectra data" |
| 32:25 | "and" should be "in" |
| 33:1 | Remove the second "the" |
| 34:17 | "unclear" should be "clear" |
| 39:23 | "is supported by…" should be "as supported by…" |
| 48:22 | "Ling Ching Meng" should say "LingJie Meng" |
| 50:2 | "unreactive" should be "unreacted" |
| 53:16 | "on" should be "of" |
| 54:24 | "prior history" should be "prosecution history" |
| 55:15 | "schemes.  Though" should be "schemes, though" |

| | |
|---|---|
| 55:16 | "time" should be "stage" |
| 55:16 | "certainty," should be "certainty." |
| 55:17 | "this" should be "the" |
| 58:3 | "Preparations of granulations" should be "The preparation of granulations" |
| 58:18 | Insert quotation mark before "the labor and costs" |
| 58:23 | Insert quotation mark after "Quinapril" |
| 61:1 | "28 percent" should be "20 percent" |
| 69:6 | "referenced" should be "references" |
| 69:17 | "unreactive" should be "unreacted" |
| 74:13-14 | "Moexipril magnesium hydrochloride" should be "Moexipril hydrochloride" |
| 78:14 | "Mica" should be "Mika" |
| 78:15 | "Mica" should be "Mika" |
| 80:12 | "Mica" should be "Mika" |
| 81:8 | "Mica" should be "Mika" |
| 84:6 | "difference" should be "inference" |
| 92:6 | "Titan" should be "Therasense" |
| 94:8 | "as" should be "is" |
| 95:9 | "plans" should be "claims" |
| 100:18 | "crime" is incorrect (may be "prong" or "requirement") |
| 103:25 | "MPPD" should be "MPEP" |
| 107:4 | The second "dry" on this line should be "wet" |
| 107:13 | "uncombined" should be "combined" |
| 108:10 | "would" should be "wouldn't" |
| 114:25 | "proportion" should be "a portion" |
| 115:6 | "Hokanson" should be "Hoefle" |

| | |
|---|---|
| 135:11 | "Siefert" should be "Drivas" |

As previously noted, the parties were unable to agree on a correction to the July 30, 2013 transcript. Accordingly, the table below sets forth the current text of the transcript, as well as the parties respective corrections:

| **DAY 2 – JULY 30, 2013** | |
|---|---|
| **CITATION** | **CORRECTION** |
| 148:2-6 | **Currently says:**<br><br>Let me see. Where is this? As discussed, we need to compare various granulations to same excipients – nondestructive tests to see if we can correlate anything to amount of water used. The tests might include – work is complete [unintelligible] whatever I got, you have. |
| | **Apotex Proposed Correction:**<br><br>Let me see. Where is this? "As discussed, [delete "we"] need to compare the various granulations . . . to same excipients . . . nondestructive tests . . . to see if we can correlate anything to amount of water used. [delete "The"] Tests might include . . . . Work is complete, data evaluation and report writing in progress." Whatever I got, you have. |
| | **UCB Proposed Correction:**<br><br>Let me see. Where is this? "As discussed, [delete "we"] need to compare the various granulations (different amounts of water) to same ingredients dry-mixed and to brand tablets, by nondestructive tests (i.e. without extracting into solvents) to see if we can correlate anything to amount of water used. [delete "The"] Tests might include IR and NMR.  Work is complete, data evaluation and report writing in progress." Whatever I got, you have. |

Dated: August 15, 2013        Respectfully submitted,

   /s/  Matthew S. Nelles
Matthew S. Nelles
Fla. Bar. No. 009245
mnelles@broadandcassel.com
Broad and Cassel
One Financial Plaza
100 S.E. Third Avenue, Suite 2700
Fort Lauderdale, Florida  33394
Telephone: (954) 764–7060
Facsimile:  (954) 761–8135

KATTEN MUCHIN ROSENMAN LLP
Robert B. Breisblatt (Fla. Bar No. 145928)
robert.breisblatt@kattenlaw.com
Brian J. Sodikoff (admitted *pro hac vice*)
brian.sodikoff@kattenlaw.com
Martin S. Masar III (admitted *pro hac vice*)
martin.masar@kattenlaw.com
Elese E. Hanson (admitted *pro hac vice*)
elese.hanson@kattenlaw.com
525 W. Monroe Street
Chicago, Illinois  60607
Telephone: (312) 902-5200
Facsimile:  (312)-902-1061

*Attorneys for Plaintiffs Apotex, Inc.
   and Apotex Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th day of August 2013, I electronically filed the foregoing Joint Corrections to the Trial Transcript using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ Matthew S. Nelles
    Matthew S. Nelles

### SERVICE LIST
### Case No. 12-CV-60706-DMM

Maria J. Beguiristain
White & Case LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
mbeguiristain@whitecase.com

*Attorneys for Defendants*
*UCB, Inc. and Kremers*
*Urban Pharmaceuticals, Inc.*

Dimitrios T. Drivas (*pro hac vice*)
Adam Gahtan (*pro hac vice*)
Amit H. Thakore (*pro hac vice*)
Laura Moran (*pro hac vice*)
Christopher J. Glancy (*pro hac vice*)
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
ddrivas@whitecase.com
agahtan@whitecase.com
athakore@whitecase.com
laura.moran@whitecase.com
cglancy@whitecase.com

*Attorneys for Defendants*
*UCB, Inc. and Kremers*
*Urban Pharmaceuticals, Inc.*

4836-4483-2021.1
44696/0006