UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60706-CIV-MIDDLEBROOKS/BRANNON

APOTEX, INC., *et al.*,

    Plaintiff/Counter-Defendants,

vs.

UCB, INC., *et al.*,

    Defendants/Counter-Plaintiffs.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the Opinion and Order (DE 222), dated September 6, 2013. Having found that judgment is due to be entered in favor of Defendants and against Plaintiffs, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment be and is **ENTERED** in favor of Defendants[1] and against Plaintiffs[2] as set forth in this Court's previous Order (DE 222). Further, the Court retains jurisdiction to consider the issue of attorney's fees and costs under 35 U.S.C. § 285. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 19 day of September, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record

---

[1] "Defendants" includes UCB, Inc., Schwarz Pharma, Inc., and Kremers Urban Pharmaceuticals, Inc.
[2] "Plaintiffs" includes Apotex, Inc. and Apotex Corp.