UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-60706-MIDDLEBROOKS/BRANNON

APOTEX, INC., et al.,

       Plaintiffs,

v.

UCB, INC., et al.,

       Defendants.

_____/

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Apotex, Inc. and Apotex Corp. (collectively, "Apotex") hereby appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered by the Court in this action on September 19, 2013 (D.E. 225), and any and all other orders, rulings, findings, and/or conclusions decided adversely to Apotex (in whole or in part) including, but not limited to, the March 6, 2013 Order (D.E. 118), the September 9, 2013 Opinion and Order (D.E. 222), and the September 16, 2013 Order (D.E. 223).

Dated: September 23, 2013                  Respectfully submitted,

                                                  /s/ Matthew S. Nelles

                                               Matthew S. Nelles
                                               Fla. Bar. No. 009245
                                               mnelles@broadandcassel.com
                                               Broad and Cassel
                                               One Financial Plaza, Suite 2700
                                               100 S.E. Third Avenue
                                               Fort Lauderdale, Florida  33394
                                               Telephone: (954) 764–7060
                                               Facsimile:  (954) 761–8135

KATTEN MUCHIN ROSENMAN LLP
Robert B. Breisblatt (Fla. Bar No. 145928)
robert.breisblatt@kattenlaw.com
Brian J. Sodikoff (admitted *pro hac vice*)
brian.sodikoff@kattenlaw.com
Martin S. Masar III (admitted *pro hac vice*)
martin.masar@kattenlaw.com
Elese E. Hanson (admitted *pro hac vice*)
elese.hanson@kattenlaw.com
525 W. Monroe Street
Chicago, Illinois 60607
Telephone: (312) 902-5200
Facsimile:  (312)-902-1061

*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 23rd day of September 2013, I electronically filed the foregoing Plaintiffs' Notice of Appeal using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ Matthew S. Nelles
        Matthew S. Nelles

## SERVICE LIST

Maria J. Beguiristain
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard,
Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
mbeguiristain@whitecase.com

*Attorneys for Defendants
UCB, Inc. and Kremers
Urban Pharmaceuticals, Inc.*

Dimitrios T. Drivas (*pro hac vice*)
Adam Gahtan (*pro hac vice*)
Amit H. Thakore (*pro hac vice*)
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
ddrivas@whitecase.com
agahtan@whitecase.com
athakore@whitecase.com

*Attorneys for Defendants
UCB, Inc. and Kremers
Urban Pharmaceuticals, Inc.*

4830-3545-1670.1
44696/0006