UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60707-CIV-MIDDLEBROOKS/BRANNON
(as consolidated with CASE NO. 12-60706-CIV-MIDDLEBROOKS)

APOTEX, INC., *et al.*,
    Plaintiffs,

vs.

PADDOCK LABORATORIES, LLC, *et al.*,
    Defendants.
_____/



FILED by _____ D.C.
APR 0 3 2013
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – W.P.B.

### ORDER ACCEPTING THE PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

(Case No. 12-60707-CIV *Only*)

THIS CAUSE is before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice (DE 69) ("Joint Stipulation"), filed April 2, 2013. I have reviewed the Joint Stipulation and am otherwise fully advised in the premises. The Parties filed the Joint Stipulation pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Joint Stipulation of Dismissal with Prejudice (DE 69) is **ACCEPTED**.

It is further **ORDERED AND ADJUDGED** that:

1. Case No. 12-60707-CIV is **DISMISSED WITH PREJUDICE**;
2. The Court shall retain jurisdiction solely for purposes of enforcing the Parties' settlement agreement until the expiration of United States Patent No. 6,767,556;
3. Each Party shall bear its own attorneys' fees and costs;
4. All pending motions are **DENIED** as moot; and
5. The Clerk of the Court shall **CLOSE** this case for all purposes.[1]

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 3 day of April, 2013.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT

Copies to:    Counsel of Record

---

[1] The Court notes that the 12-60707 case was previously closed for administrative purposes only. (*See* DE 35). Further, the two cases, 12-60706 and 12-60607 should no longer be consolidated, and such should be reflected in the case caption for Case No. 12-60706-CIV.