Form 22

**FORM 22. Transcript Purchase Order**

## United States Court of Appeals for the Federal Circuit

Apotex, Inc. and Apotex Corp.

) Appeal from  ☑ U.S. District Court for S.D. Florida
 ❏ Court of International Trade
 ❏ Court of Federal Claims

—VERSUS—

) TRIAL COURT NO. 12-cv-60706-Middlebrooks/Brannon

UCB Inc. and Kremers Urban Pharmaceuticals Inc.

) CIRCUIT COURT NO. 13-1674

TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I - TO BE COMPLETED BY THE APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL.
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:
( ) A transcript is not needed for the appeal
( ) A transcript is already on file
( ✓ ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars): 7/11/13 Pretrial Conference hearing; 7/29-7/31/13 trial transcripts (with any erratas)
Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
( ✓ ) Private Funds
( ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED /s/ Robert Breisblatt   DATE 10.1.13  COUNSEL FOR Apotex, Inc. and Apotex Corp.
ADDRESS 525 W. Monroe St., Chicago IL 60661
TELEPHONE 312-902-5616

PART II - TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: 10/4/13
Estimated completion date: _____
Estimated number of pages: 60
I certify that satisfactory financial arrangements h̶a̶v̶e̶/have not (strike one) been completed with appellant for payment of the cost of the transcript.
         XX

s/Karl Shires 10/7/13
Signature and Date
Telephone 561-514-3728

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court today.

Date                                              Signature

146

