UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60706-CIV-MIDDLEBROOKS-BRANNON

APOTEX, INC. et al.,

    Plaintiffs,

v.

UCB, INC., et al.,

    Defendants.

_____/

**PLAINTIFFS' RESPONSE TO UCB'S
UNOPPOSED MOTION FOR COSTS**

Plaintiffs, Apotex, Inc. and Apotex Corp. ("Apotex") submit this Response to UCB's Unopposed Motion for Costs for the limited purpose of clarifying its position with respect to the timing of a decision or ruling on an award of costs recoverable under 28 U.S.C. §1920. As explained in Apotex's Motion to Stay Attorneys' Fees Determination (D.E. 228), Apotex has appealed the Court's invalidity and unenforceability rulings. If the Federal Circuit rules in Apotex's favor, UCB would no longer be a prevailing party and would not be entitled to costs. Thus, while Apotex would not oppose the amount of costs sought in UCB's bill of costs if this Court's rulings are affirmed by the Federal Circuit, Apotex respectfully requests that the Court stay any decision or ruling concerning an award of costs pending the outcome of the appeal on the merits. *See, e.g., Harley v. The Health Center of Coconut Creek, Inc,* 0:04-cv-61309-ASG D.E. 235, (S. D. Fla. March 5, 2008), ("I clarify that the Motions for Fees and Costs [DE 219, DE 220] are stayed pending appeal."); *see also CSX Transportation Inc. v. Peirce, et. al.*, Civil Action No. 05-202, D.E. 1637 at 6 (N. D. W. Va, Sept. 25, 2013) ("In the interest of judicial economy, this Court finds that holding CSX's motion for attorneys' fees and litigation expenses and bill of costs in abeyance pending the resolution of any appeal of the underlying jury verdict

or other resolution of this civil action is the proper course of action at this time."); *MarineMax v. Nat. Union Fire Ins. Co.*, No 10-1059, 2013 WL 1222760, *1 (M.D. Fla. March 23, 2013) (denying without prejudice motions seeking attorneys' fees and costs and the proposed bill of costs pending resolution of the appeal). Pursuant to Local Rule 7.3, counsel for Apotex has conferred with counsel for UCB, who does not agree to the relief requested herein.

Dated: October 30, 2013

Respectfully submitted,

/s/Matthew S. Nelles
Matthew S. Nelles
Fla. Bar No. 009245
mnelles@broadandcassel.com
BROAD AND CASSEL LLP
One Financial Plaza, Suite 2700
100 S.E. Third Avenue
Fort Lauderdale, Florida 33394
Telephone: (954) 764–7060
Facsimile: (954) 761–8135

Co-Counsel:
KATTEN MUCHIN ROSENMAN LLP
Robert B. Breisblatt
robert.breisblatt@kattenlaw.com
Martin S. Masar III
martin.masar@kattenlaw.com
525 W. Monroe Street
Chicago Illinois 60607
Telephone: (312) 902-5200
Facsimile: (312)-902-1061

*Attorneys for Plaintiffs Apotex, Inc. and Apotex Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 30th day of October 2013, I electronically filed the foregoing Response with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Matthew S. Nelles
Matthew S. Nelles