UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60706-CIV-MIDDLEBROOKS/BRANNON

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.

UCB, INC., *et al.*,

    Defendants.
_____/

## ORDER ON MOTION TO STAY ATTORNEYS' FEES DETERMINATION

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Stay Attorneys' Fees Determination (DE 228) ("Motion"), filed September 27, 2013. Defendants filed a Response (DE 233) on October 11, 2013. I have reviewed the Motion, Response, and Record in this case, and I am otherwise fully advised in the premises.

After reviewing the arguments of both sides, I am not inclined to stay this Court's attorneys' fees determination. I also note that Plaintiffs have failed to dispute Defendants' contention that Plaintiffs did not meet and confer with Defendants in violation of Local Rule 7.1(a)(3).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Motion to Stay Attorneys' Fees Determination (DE 228) is **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 14 day of November, 2013.

                                          DONALD M. MIDDLEBROOKS
                                          UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record