UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60706-CIV-MIDDLEBROOKS/BRANNON

APOTEX, INC., *et al.*,

    Plaintiffs,

vs.

UCB, INC., *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Clarification or Reconsideration Regarding Order on Motion to Stay Attorneys' Fees Determination (DE 244) ("Motion"), filed November 18, 2013. After reviewing the Motion, it is clear that the Court did not consider Plaintiffs' Reply brief in denying the relief requested by Plaintiffs, and that Plaintiffs disputed the factual and legal contentions made in Defendants' Response memorandum.[1]

Under the circumstances, I find that this Court's previous Order on Motion to Stay Attorneys' Fee Determination is due to be vacated. Further, upon consideration of the full record, which includes the original Motion (DE 228), Defendants' Response (DE 233), and Plaintiffs' Reply (DE 235), as well as Defendants' Unopposed Motion for Costs (DE 234), Plaintiffs' Response (DE 238), and Defendants' Verified Motion for Attorneys' Fees and Costs (DE 239), I find that it would best serve judicial efficiency and economic interests to stay the Court's fees and costs determination pending the appeal to the Federal Circuit.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

---

[1] The Court acknowledges that Defendants did not have an opportunity to respond to the instant Motion. However, given the Court's oversight in failing to consider the Reply brief, a response is unnecessary, as the substantive issues were fully briefed prior to the previous Order.

1

1. Plaintiffs' Motion for Clarification or Reconsideration (DE 244) is **GRANTED IN PART AND DENIED IN PART**;

2. This Court's previous Order on Motion to Stay Attorneys' Fees Determination (DE 243), dated November 14, 2013, is **VACATED**;

3. Plaintiffs' Motion to Stay Attorneys' Fees Determination (DE 228) is **GRANTED**;

4. Defendants' Unopposed Motion for Costs (DE 234) and Verified Motion for Attorneys' Fees and Costs (DE 239) are **DENIED WITHOUT PREJUDICE** to be refiled, if appropriate, within 30 days of a final ruling from the Federal Circuit.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 20 day of November, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record